# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| The Banning Lewis Ranch Company, LLC | Case No. 10-13445 (KJC) |
| Debtor. | |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that KeyBank National Association, as Administrative Agent ("KeyBank"), by and through its undersigned counsel, hereby enters its appearance pursuant to section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the undersigned at the following address and telephone/facsimile number:

> Mary F. Caloway, Esquire
> Mona A. Parikh, Esquire
> Buchanan Ingersoll & Rooney PC
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801
> Telephone: (302) 552-4200
> Facsimile: (302) 552-4295
> Email: mary.caloway@bipc.com
>         mona.parikh@bipc.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive KeyBank's: (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which KeyBank is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 1, 2010  **BUCHANAN INGERSOLL & ROONEY PC**
      Wilmington, Delaware

/s/     Mary F. Caloway
Mary F. Caloway (No. 3059)
Mona A. Parikh (No. 4901)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email:   mary.caloway@bipc.com
         mona.parikh@bipc.com

*Counsel to KeyBank National Association*