IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Banning Lewis Ranch Development, | : | Case No.: 10-13445 (KJC) |
| Comopany, LLC, | : | |
| Debtors. | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Mark Fulford, Esq., of Sherman & Howard L.L.C. to represent the City of Colorado Springs, a Colorado Municipal Corporation and Home Rule City, on behalf of its Enterprise Colorado Springs Utilities in the above-captioned cases.

Dated: November 11, 2010
Wilmington, DE

SULLIVAN • HAZELTINE • ALLINSON LLC

/s/ William A. Hazeltine
William A. Hazeltine (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bar of the State of Colorado and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 10, 2010
Denver, CO

/s/ Mark Fulford
Mark Fulford
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 299-8454

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2010
Wilmington, Delaware

_____
The Honorable Kevin J. Carey