# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Banning Lewis Ranch Development Company, LLC, | : | Case No.: 10-13445 (KJC) |
| Debtor. | : | **Related Docket No. 38** |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Banning Lewis Ranch Development I & II, LLC, | : | Case No.: 10-13446 (KJC) |
| Debtor. | : | **Related Docket No. 21** |

## MOTION TO SHORTEN NOTICE WITH RESPECT TO THE MOTION TO TRANSFER VENUE OF CREDITOR COLORADO SPRINGS

City of Colorado Springs, a Colorado Municipal Corporation and Home Rule City, on behalf of its Enterprise Colorado Springs Utilities ("Colorado Springs"), by its attorneys Sherman & Howard L.L.C. and Sullivan Hazeltine Allinson LLC, hereby moves this Honorable Court for the entry of an order, pursuant to Fed.R.Bankr.P. 9006 and Del. Bankr. L.R. 9006-1(e), shortening the notice period for Colorado Springs' Motion to Transfer Venue of these Bankruptcy Cases (the "Motion"). In support of its motion to shorten, Colorado Springs states as follows:

1. Pursuant to the Motion, filed contemporaneously herewith, Colorado Springs requests the entry of an order transferring the venue of the captioned cases to the United States Bankruptcy Court for the District of Colorado. As set forth more fully in the Motion, transferring the venue in these cases is appropriate, among other reasons, because:

   (a) the primary assets of the Debtor are a large real estate development located within Colorado Springs;

   (b) the vast majority of creditors, particularly relatively small trade creditors, are located in Colorado;

(c) the orderly development of the Banning Ranch Farm is essential to Colorado Springs;

(d) the day-to-day business operations of the Debtors, *i.e.*, the development of Banning Ranch Farm, are administered from Colorado;

(e) these cases can be administered more efficiently in Colorado;

(f) Colorado law governs many important issues involving these Debtors including issues relating to inter-governmental agreements, annexation agreements, utility and infrastructure agreements, priority of liens, and rights of special districts;

(g) Colorado Springs has a very important interest in having local controversies decided by Colorado courts.

2. By this motion to shorten, Colorado Springs requests the entry of an order shortening notice on the Motion so that the Motion can be heard at the hearing scheduled in these bankruptcy proceedings for November 24, 2010 at 2:30 p.m. prevailing Eastern time. While Del. Bankr. L.R. 9006-1(c) requires 14 days notice for a motion such as the Motion, Fed.R.Bankr.P. 9006(c) gives this Court authority to shorten a notice period "for cause shown." "Cause" is determined by courts on a case by case basis, based on the particular facts of the case.

3. Here, ample cause exists to grant the request to shorten notice on the Motion. These bankruptcy proceedings are in their very early stages. If the Court is inclined to grant the Motion, it would be in the best interest of judicial economy to transfer these cases at this early stage because it will allow this Court to preserve judicial resources and permit the Colorado Bankruptcy Court to become involved in these cases as early as possible. Moreover, an early transfer of these cases would be in the best interests of all parties because it would minimize any disruption that may occur as a result of the transfer of venue.

4. Colorado Springs will serve the Motion and this motion to shorten (a) by hand or overnight delivery on (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel for Key Bank National Association as Administrative Agent for the Debtors' pre-petition

lenders; (iii) counsel for any committee appointed in these cases; and (iv) all parties that have requested special notice pursuant to Bankruptcy Rule 2002; and (b) by First Class U.S. Mail, postage-prepaid on all other creditors listed on the creditors matrix. Given the circumstances and the nature of the relief requested, the Debtors submitted that this notice is sufficient.

WHEREFORE, based on the foregoing, Colorado Sprints respectfully requests the entry of an order, in the form attached hereto, shortening the notice period on the Motion such that a hearing on the Motion be scheduled for November 24, 2010 at 2:30 p.m. EST with an objection deadline of 4:00 p.m. EST on November 19, 2010, and granting such other and further relief as this Court deems just and proper.

Dated: November 12, 2010
Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

/s/ William A. Hazeltine

William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
whazeltine@sha-llc.com

and

Peter A. Cal (Pro Hac Vice Motion pending)
Mark L. Fulford (Pro Hac Vice Motion pending)
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
Phone: 303-297-2900
Fax: 303-298-0940
E-Mail: pcal@shermanhoward.com
mfulford@shermanhoward.com

*Attorneys for City of Colorado Springs, a Colorado Municipal Corporation and Home Rule City, on Behalf of Its Enterprise Colorado Springs Utilities Colorado Springs Utilities*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Banning Lewis Ranch Development Company, LLC, | : | Case No.: 10-13445 (KJC) |
| | : | |
| Debtor. | : | **Related Docket No.** ___ |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Banning Lewis Ranch Development I & II, LLC, | : | Case No.: 10-13446 (KJC) |
| | : | |
| Debtor. | : | **Related Docket No.** ___ |

**ORDER GRANTING MOTION TO SHORTEN NOTICE WITH RESPECT TO THE MOTION TO TRANSFER VENUE OF CREDITOR COLORADO SPRINGS**

Upon consideration of the *Motion to Shorten Notice With Respect to the Motion to Transfer Venue of Creditor Colorado Springs* (the "Motion to Shorten") and finding good and just cause for the relief requested therein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing on the Motion[1] will be held on November 24, 2010 at 2:30 p.m. EST.

3. The deadline to object to the Motion is November 19, 2010 at 4:00 p.m. EST

                                                              The Honorable Kevin J. Carey
                                                            United States Bankruptcy Judge

Dated: November ___, 2010

---

[1] Unless otherwise stated, all capitalized items not defined herein shall have the same meaning as set forth in the Motion.