# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE BANNING LEWIS RANCH COMPANY, LLC, | : | Case No. 10-13445 (KJC) |
| | : | |
| | : | **Related to Docket Nos. 39 & 45** |
| Debtor. | : | |
| In re: | : | Chapter 11 |
| | : | |
| BANNING LEWIS RANCH DEVELOPMENT I & II, LLC, | : | Case No. 10-13446 (KJC) |
| | : | |
| | : | **Related to Docket Nos. 22 & 23** |
| Debtor. | : | |

## JOINDER OF FARALLON BLR INVESTORS, L.L.C. TO DEBTORS' OBJECTION TO THE MOTION OF THE CITY OF COLORADO SPRINGS, COLORADO TO SHORTEN NOTICE FOR ITS MOTION TO TRANSFER VENUE OF THE DEBTORS' CHAPTER 11 CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO PURSUANT TO 28 U.S.C. § 1412

Farallon BLR Investors, L.L.C. ("Farallon"), a member of the above-captioned debtors, by and through its undersigned counsel, hereby joins in the *Debtors' Objection to the Motion of the City of Colorado Springs, Colorado to Shorten Notice for its Motion to Transfer Venue of the Debtors' Chapter 11 Cases to the United States Bankruptcy Court for the District of Colorado Pursuant to 28 U.S.C. § 1412* [Docket Nos. 45 and 23 respectively], which arguments Farallon incorporates by reference as if fully set forth herein.

WHEREFORE, for all of the foregoing reasons, Farallon respectfully requests that the Court deny approval of the *Motion to Shorten Notice with respect to the Motion to Transfer Venue of Creditor Colorado Springs* [Docket Nos. 39 and 22 respectively] ("Motion"), and grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: November 15, 2010 | CONNOLLY BOVE LODGE & HUTZ LLP |

/s/ Jeffrey C. Wisler
_____
Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
P.O. Box 2297
Wilmington, Delaware 19899
(302) 658-1941

-and-

Filiberto Agusti
Joshua R. Taylor
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

*Attorneys for Farallon BLR Investors, L.L.C.*

#954801v1