# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Banning Lewis Ranch Development Company, LLC, | : | Case No.: 10-13445 (KJC) |
| | : | |
| Debtor. | : | Related Docket No. 38, 39 |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Banning Lewis Ranch Development I & II, LLC, | : | Case No.: 10-13446 (KJC) |
| | : | |
| Debtor. | : | Related Docket No. 21, 22 |

## ORDER GRANTING MOTION TO SHORTEN NOTICE WITH RESPECT TO THE MOTION TO TRANSFER VENUE OF CREDITOR COLORADO SPRINGS

Upon consideration of the *Motion to Shorten Notice With Respect to the Motion to Transfer Venue of Creditor Colorado Springs* (the "Motion to Shorten") and ~~finding good and just cause for the relief requested therein;~~ after consideration of the Objections thereto,

IT IS HEREBY ORDERED THAT:

~~1. The Motion to Shorten is GRANTED.~~

2. A hearing on the Motion to Shorten will be held on November 17, 2010 at 1:30 p.m. EST.

~~3. The deadline to object to the Motion is November 19, 2010 at 4:00 p.m. EST~~

The Honorable Kevin J. Carey
United States Bankruptcy Judge

Dated: November 16, 2010

---

[1] Unless otherwise stated, all capitalized items not defined herein shall have the same meaning as set forth in the Motion.