## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BANNING LEWIS RANCH COMPANY, LLC, *et al.*,[1] | ) ) ) | Case No. 10-13445 (KJC) |
| | ) | (Joint Administration Pending) |
| Debtors. | ) ) | |
| | ) | **Re: Docket No. 40** |

### ORDER APPROVING STIPULATION ALLOWING DEBTORS' USE OF CASH COLLATERAL

THIS MATTER came before the Court on the Motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (the "Debtors"), seeking entry of an order pursuant to Section 363(c)(2) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the use of Cash Collateral (as defined in the Motion) subject to the liens of KeyBank National Association ("KeyBank"). After notice and a hearing, having considered the Motion and the Stipulation attached hereto as Exhibit "A" and the record before the Court and for good cause shown; and for good cause; it is hereby

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 4100 MacArthur Boulevard, Suite 100, Newport Beach, CA 92660.

[2] All capitalized terms used but not otherwise defined herein shall have meanings given such terms in the Motion.

**ORDERED**, that the Stipulation is APPROVED.

Dated: Nov 17, 2010
Wilmington, Delaware

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge