# SIGN-IN-SHEET

CASE NAME: The Banning Lewis Ranch Company, LLC.
CASE NO. 10-13445-KJC

COURTROOM LOCATION: 5
DATE: November 17, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David L. Buchbinder | USTP/DS | UST |
| Chris Ward | Polsinelli Shughart | Associated Bank |
| Edmon Morton | YCST | Greenfield Refrig. |
| Marc Phillips | Connolly Bove Lodge & Hutz | Fuller |
| CHARLENE DAVIS | BAYARD PA | BANNING LEWIS RANCH MANAGEMENT COMPANY, LLC |
| KEVIN MANN | CROSS & SIMON | DEBTORS |
| CHRIS SIMON | CROSS & SIMON | DEBTORS |
| William Hazeltine | Sullivan Hazeltine | City of Colorado Springs |
| Mary Caloway | Buchanan Ingersoll & Rooney | KeyBank Nat'l Assoc as Agent |
| | | |
| | | |
| | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 11/17/2010
Calendar Time: 01:30 PM ET

2nd Revision 11/16/2010 04:01 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 3862369 | Peter Cal | 303-299-8244 | Sherman & Howard LLC | Creditor, The City of Colorado Springs / LIVE |
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 3863305 | Brian Graham | (312) 261-2170 | Pedersen & Houpt | Creditor, Associated Bank / LIVE |