## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Banning Lewis Ranch Development Company, LLC, | ) ) | Case No.: 10-13445 (KJC) |
| | ) | |
| Debtor | ) | **Related Docket No. 38** |

### SCHEDULING ORDER WITH RESPECT TO THE MOTION OF CREDITOR COLORADO SPRINGS TO TRANSFER VENUE

Upon consideration of the *Motion to Shorten Notice* (the "Motion to Shorten") *with Respect to the Motion to Transfer Venue of Creditor Colorado Springs* (the "Venue Motion") and after consideration of the objections thereto and after conducting a hearing on the Motion to Shorten on November 17, 2010;

**IT IS HEREBY ORDERED THAT:**

1. Objections to the Venue Motion shall be filed by not later than December 1, 2010 at 4:00 p.m., prevailing Eastern Time;

2. Any reply to any objections shall be filed by not later than December 3, 2010 at 4:00 p.m., prevailing Eastern Time;

3. Movant and any objectors shall exchange (i) exhibit lists and copies of proposed exhibits (by hard copies or electronically) and (ii) witness lists, including a brief synopsis of the subject of the expected testimony of each witness, by not later than December 3, 2010 at 4:00 p.m., prevailing Eastern Time; and

4. In response to any reply filed pursuant to paragraph 2, above and/or the submissions made pursuant to paragraph 3, above, Movant and any objectors may supplement their exhibit lists (with copies of any additional proposed exhibits) and witness lists (with a brief synopsis of the subject of the expected testimony of any additional witness) by not later than December 6, 2010 at 4:00 p.m.

5. The hearing on the Venue Motion shall take place on December 8, 2010 at 2:00 p.m., prevailing Eastern Time.

Dated: November 24, 2010

The Honorable Kevin J. Carey
United States Bankruptcy Judge