## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 10-13445 (KJC) |
| THE BANNING LEWIS RANCH | ) | |
| COMPANY, LLC, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 8, 2010 AT 1:00 P.M.

## MATTERS GOING FORWARD:

1.    Motion of Colorado Springs to Transfer Venue [D.I. No. 38, Filed 11/12/2010].

   *Response Deadline:* December 1, 2010 at 4:00 p.m.

   *Related Documents:*

   A. Declaration of Barry Marcus in Support of First Day Motions [D.I. No. 6, Filed 11/4/2010];

   B. Motion to Shorten Notice with Respect to the Motion to Transfer Venue of Creditor Colorado Springs [D.I. No. 39, Filed 11/12/2010];

   C. Debtors' Objection to the Motion of the City of Colorado Springs, Colorado to Shorten Notice for its Motion to Transfer Venue of the Debtors' Chapter 11 Cases to the United States Bankruptcy Court for the District Of Colorado Pursuant To 28 U.S.C. § 1412 [D.I. No. 45, Filed 11/15/2010];

   D. Joinder of Farallon BLR Investors, L.L.C. to Debtors' Objection to the Motion of the City of Colorado Springs, Colorado to Shorten Notice for its Motion to Transfer Venue of the Debtors' Chapter 11 Cases to the United States Bankruptcy Court for the District Of Colorado Pursuant To 28 U.S.C. §

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 4100 MacArthur Boulevard, Suite 100, Newport Beach, CA 92660.

1412 [D.I. No. 46, Filed 11/15/2010];

E. Joinder of Greenfield BLR Partners, LP to the Debtors' Objection to the Motion of the City of Colorado Springs, Colorado to Shorten Notice for its Motion to Transfer Venue of the Debtors' Chapter 11 Cases to the United States Bankruptcy Court for the District Of Colorado Pursuant To 28 U.S.C. § 1412 [D.I. No. 47, Filed 11/16/2010];

F. Joinder to the Debtors' Objection to the Motion of the City of Colorado Springs, Colorado to Shorten Notice for its Motion to Transfer Venue of the Debtors' Chapter 11 Cases to the United States Bankruptcy Court for the District Of Colorado Pursuant To 28 U.S.C. § 1412 [D.I. No. 48, Filed 11/16/2010];

G. Order Granting Motion to Shorten Notice with Respect to the Motion to Transfer Venue of Creditor Colorado Springs [D.I. No. 51, Filed 11/16/2010];

H. Letter of Smith Environmental and Engineering in Support of Venue Transfer [D.I. No. 75, Filed 11/23/2010];

I. Scheduling Order with Respect to the Motion of Creditor Colorado Springs to Transfer Venue [D.I. No. 77, Filed 11/24/2010];

J. Notice of Motion [D.I. No. 78, Filed 11/24/2010];

K. Re-Notice of Hearing [D.I. No. 82, Filed 11/31/2010].

*Responses Filed:*

L. Debtors' Objection to the Motion of the City of Colorado Springs, Colorado for an Order Transferring the Debtors' Chapter 11 Cases to the United States Bankruptcy Court for the District of Colorado Pursuant to 28 U.S.C. § 1412 [D.I. No. 83, Filed 12/1/2010];

M. Objection of KeyBank National Association, as Administrative Agent, to Motion to Transfer Venue [D.I. No. 84, Filed 12/1/2010];

N. Joinder of Greenfield BLR Partners, L.P. to the Objection of the Debtors to the Motion of Colorado Springs to Transfer Venue [D.I. No. 85, Filed 12/1/2010];

O. Joinder of Farallon BLR Investors, LLC to Objection of the Debtors to the Motion of the City of Colorado Springs, Colorado for an Order Transferring the Debtors' Chapter 11 Cases to the United States Bankruptcy Court for the District of Colorado Pursuant to 28 U.S.C. §1412 [D.I. No. 86, Filed 12/1/2010];

P. Witness List for Hearing on December 8, 2010 on Motion of Colorado Springs to Transfer Venue [D.I. No. 88, Filed 12/3/2010];

Q. Debtors' Exhibit List and Witness Designation for Hearing on Motion of City of Colorado Springs to Transfer Venue [D.I. No. 93, Filed 12/6/2012].

*Status:* This matter is going forward. The parties intend to provide a binder of exhibits to Chambers prior to the hearing.

Dated: December 6, 2010      CROSS & SIMON, LLC
Wilmington, Delaware

By: _____
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel to the Debtors and Debtors-in-Possession*