# SIGN-IN-SHEET

CASE NAME: The Banning Lewis Ranch Company, LLC  COURTROOM LOCATION: 5
CASE NO.  10-13445-KJC  DATE: December 8, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christopher Simon | Cross & Simon, LLC | Debtors |
| Marc Phillips | Connolly Bove Lodge & Hutz | Fasallon |
| Josh Taylor | Stepton Johnson | " |
| Mary Caloway | Buchanan Ingersoll & Rooney | KeyBank as Agent |
| Justin Alberto | Bayard, P.A. | BLR Management Co. |
| Robert Brady | Young Conaway | Greenfield |
| Edmon Morton | " | |
| Chris Ward | Polsinelli Shughart | Associated Bank |
| Peter A. Cal | Sherman & Howard LLC | City of Colorado Springs & Utilities |
| William Hazeltine | Sullivan Hazeltine Allinson | City of Colorado Springs and Utilities |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 12/08/2010
Calendar Time: 01:00 PM ET

*2nd Revision 12/07/2010 02:01 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 3898410 | Brian Graham | (312) 261-2170 | Pedersen & Houpt | Creditor, Associated Bank / LIVE |