IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 10-13445 (KJC) |
| THE BANNING LEWIS RANCH | ) | |
| COMPANY, LLC, *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF AMENDMENT TO DEBTOR
## IN POSSESSION CREDIT AGREEMENT

PLEASE TAKE NOTICE that, pursuant to the Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 365 and 507: (1) Approving Secured Postpetition Financing; (2) Granting Liens and Providing Superpriorty Administrative Expense Status; (3) Modifying Automatic Stay [Docket No. 134] (the "DIP Order"), the above-captioned debtors and debtors in possession (the "Debtors") and BDL Investors, LLC and Greenfield BLR Finance Partners, L.P. (collectively, the "DIP Lenders") have agreed to amend that certain Debtor in Possession Credit Agreement between the Debtors and DIP Lenders dated as of December 22, 2010 (the "DIP Credit Agreement"). Paragraph 4.22 of the DIP Credit Agreement shall be amended so as to extend the deadline for the Debtors to file a motion for a Sale Procedures Order (as that term is defined in the DIP Credit Agreement) to April 19, 2011. Additionally, paragraph 6.1(e) of the DIP Credit Agreement shall be amended so as to extend the deadline for the Debtors to file a Motion to Approve Sale Procedures (as that term is defined in the DIP Credit Agreement) to April 19, 2011.

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 101 West Avenue, Jenkintown, Pennsylvania 19046.

PLEASE TAKE FURTHER NOTICE that, pursuant to the DIP Order, non-material amendments to the DIP Credit Agreement may be made without notice or a hearing if: "(a) the amendment, modification, or supplement is: (i) in accordance with the Loan Documents; (ii) beneficial to the Debtors; and (iii) not prejudicial in any material respect to the rights of third parties; (b) a copy (which may be provided by fax or email) of the amendment, modification or supplement is provided, at least five days prior to the effective date of such amendment, to counsel for any Statutory Committee and the U.S. Trustee; and (c) the amendment, modification or supplement is filed with the Court; provided, however, that consent of any Statutory Committee or the U.S. Trustee, and approval of the Court are not necessary to effectuate any such amendment, modification, or supplement. Except as otherwise provided herein, no waiver, modification, or amendment of any of the provisions of any DIP Document shall be effective unless set forth in writing, signed on behalf of the Debtors and the DIP Lenders; and in the case of material modifications, waivers or amendments, approved by the Court on notice." A copy of this Notice has been served upon the U.S. Trustee by hand delivery.

Dated: April 11, 2011
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
Joseph Grey (No. 2358)
913 N. Market St.
11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Ph: (302) 777-4200
Fax: (302) 777-4224
kmann@crosslaw.com

*Attorneys for Debtors and Debtors-in-Possession*