IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BANNING LEWIS RANCH COMPANY, LLC, *et al.*,[1] | ) ) | Case No. 10-13445 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | |
| THE BANNING LEWIS RANCH COMPANY, LLC, and BANNING LEWIS RANCH DEVELOPMENT I & II, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Adv. Proc. No. 11-50219 (KJC) |
| BANNING LEWIS RANCH MANAGEMENT COMPANY, LLC, | ) ) ) | |
| Defendant. | ) ) | |
| THE BANNING LEWIS RANCH COMPANY, LLC, and BANNING LEWIS RANCH DEVELOPMENT I & II, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Adv. Proc. No. 11-50385 (KJC) |
| SCOTT R. BAUGH d/b/a SCOTT BAUGH & ASSOCIATES, | ) ) ) | |
| Defendant. | ) ) | |

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 101 West Avenue, Jenkintown, Pennsylvania 19046.

| THE BANNING LEWIS RANCH | ) |
| COMPANY, LLC, and BANNING | ) |
| LEWIS RANCH DEVELOPMENT | ) |
| I & II, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Adv. Proc. No. 11-50370 (KJC) |
| | ) |
| THE LEBOVIC LAW FIRM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 18, 2011 AT 11:00 A.M.

CONTESTED MATTERS GOING FORWARD:

1.  Motion of The Banning Lewis Ranch Company, LLC to Approve an Order: (A) Approving Procedures for the Sale of the Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, (E) Approving the Agreement with Stalking Horse Purchaser and (F) Granting Related Relief [D.I. 266, Filed 4/26/2011].

    *Response Deadline:* May 11, 2011 at 4:00 p.m. (extended to May 12, 2011 for KeyBank National Association and Associated Bank, N.A.)

    *Related Documents:*

    A. Omnibus Reply of Banning Lewis Ranch Development I & II, LLC and Banning Lewis Ranch Company, LLC In Support Of Motions Of Banning Lewis Ranch Development I & II, LLC and Banning Lewis Ranch Company, LLC for Orders: (A) Approving Procedures for the Sale of the Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places

---

[2] **Amended items appear in bold.**

for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, (E) Approving the Agreement with Stalking Horse Purchaser and (F) Granting Related Relief [D.I. 278, Filed 5/15/11];

B. **The Banning Lewis Ranch Company, LLC's Notice of Filing of Form of Asset Purchase Agreement [D.I. 270, Filed 5/6/11].**

*Responses Filed:*

A. Informal comments from the United States Trustee;

B. Objection of City of Colorado Springs, a Colorado Municipal Corporation and Home Rule City, on behalf of its Enterprise Colorado Springs Utilities (Combined) (and Reservation of Rights) to the Motions of the Banning Lewis Ranch Co., LLC and Banning Lewis Ranch Development I & II, LLC for an Order (A) Approving Procedures for the Sale of Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, (E) Approving the Agreement with Stalking Horse Purchaser, and (F) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. Section 363(e) [D.I. 273, Filed 5/11/2011];

C. Declaration of Patricia A. Kelly in Support of Combined Objection (and Reservation of Rights) to the Motions of the Banning Lewis Ranch Co., LLC and Banning Lewis Ranch Development I & II, LLC for an Order (A) Approving Procedures for the Sale of Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, (E) Approving the Agreement with Stalking Horse Purchaser, and (F) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. Section 363(e) filed by City

of Colorado Springs, a Colorado Municipal Corporation and Home Rule City, on behalf of its Enterprise Colorado Springs Utilities [D.I. 274, Filed 5/11/2011];

    D. Objection of Associated Bank, as Administrative Agent under Term Facility, to the Motion of the Banning Lewis Ranch Company, LLC for an Order Approving Procedures for the Sale of the Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, (E) Approving the Agreement with Stalking Horse Purchaser and (F) Granting Related Relief [D.I. 276, Filed 5/11/2011].

    *Status:*    This matter is going forward.

2. Motion of Banning Lewis Ranch Development I & II, LLC to Approve an Order: (A) Approving Procedures for the Sale of the Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, and (E) Granting Related Relief [D.I. 267, Filed 4/26/2011].

    *Response Deadline:*   May 11, 2011 at 4:00 p.m. (extended to May 12, 2011 for KeyBank National Association and Associated Bank, N.A.)

    *Related Documents*:

    A. Omnibus Reply of Banning Lewis Ranch Development I & II, LLC and Banning Lewis Ranch Company, LLC In Support Of Motions Of Banning Lewis Ranch Development I & II, LLC and Banning Lewis Ranch Company, LLC for Orders: (A) Approving Procedures for the Sale of the Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, (E) Approving the Agreement with Stalking Horse Purchaser and (F) Granting Related Relief [D.I. 278, Filed 5/15/11].

*Responses Filed:*

    A. Informal comments from the United States Trustee;

    B. Objection of City of Colorado Springs, a Colorado Municipal Corporation and Home Rule City, on behalf of its Enterprise Colorado Springs Utilities (Combined) (and Reservation of Rights) to the Motions of the Banning Lewis Ranch Co., LLC and Banning Lewis Ranch Development I & II, LLC for an Order (A) Approving Procedures for the Sale of Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, (E) Approving the Agreement with Stalking Horse Purchaser, and (F) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. Section 363(e) [D.I. 273, Filed 5/11/2011];

    C. Declaration of Patricia A. Kelly in Support of Combined Objection (and Reservation of Rights) to the Motions of the Banning Lewis Ranch Co., LLC and Banning Lewis Ranch Development I & II, LLC for an Order (A) Approving Procedures for the Sale of Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, (E) Approving the Agreement with Stalking Horse Purchaser, and (F) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. Section 363(e) filed by City of Colorado Springs, a Colorado Municipal Corporation and Home Rule City, on behalf of its Enterprise Colorado Springs Utilities [D.I. 274, Filed 5/11/2011];

    D. Limited Objection of KeyBank National Association to Bid Procedures Motion [D.I. 275, Filed 5/11/2011].

*Status:*    This matter is going forward.

ADVERSARY MATTERS:

*The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC v. Banning Lewis Ranch Management Company, LLC* (Adv. Pro. No. 11-50219 (KJC))

3. Motion for Intervention of Farallon BLR Investors, LLC [Adv. D.I. No. 28, Filed 2/18/2011].

   *Response Deadline:* March 2, 2011 at 12:00 p.m.

   *Related Documents:*

   A. Memorandum of Law in Support of the Motion for Intervention of Farallon BLR Investors, LLC [Adv. D.I. No. 29, Filed 2/18/2011];

   B. Motion of Farallon BLR Investors, LLC for an Order Shortening Notice with Respect to Motion for Intervention of Farallon BLR Investors, LLC [Adv. D.I. No. 30, Filed 2/18/2011];

   C. Order Shortening Notice with Respect to Plaintiff's Motion for Intervention of Farallon BLR Investors, LLC [Adv. D.I. No. 32, Filed 2/22/2011].

   *Responses Filed:*

   A. Banning Lewis Ranch Management Company, LLC's Answering Brief to the Motion for Intervention of Farallon BLR Investors, LLC [Adv. D.I. No. 43, Filed 3/2/2011].

   *Status:* This matter has been adjourned to June 29, 2011.

4. Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extent it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 49, Filed 3/9/2011].

   *Response Deadline:* March 25, 2011

   *Related Documents:*

A. Brief in Support of Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extend it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 50, Filed 3/9/2011];

B. Omnibus Reply Brief in Support of Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extend it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 60, Filed 4/1/2011].

*Responses Filed:*

A. Objection of KeyBank National Association, as Administrative Agent, to Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extend it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 56, Filed 3/25/2011];

B. Objection of Farallon BLR Investors, LLC to the Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extend it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 57, Filed 3/25/2011];

C. Debtors' Answering Brief in Response to the Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extent it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 58, Filed 3/25/2011].

*Status:* This matter has been adjourned to June 29, 2011.

## PRE-TRIAL CONFERENCES

*The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC v. Scott R. Baugh d/b/a Scott Baugh & Associates (Adv. Proc. No. 11-50385 (KJC))*

5. Pre-Trial Conference.

*Response Deadline*: N/A

*Related Documents*:

A. Complaint (I) to Avoid Transfers Pursuant to 11 U.S.C. §§ 547 and 549, and (II) to Recover Property of the Debtors' Estates Transferred Pursuant to 11 U.S.C. § 550 [Adv. D.I. No. 1, Filed 2/3/2011];

B. Summons and Notice of Pre-Trial Conference [Adv. D.I. No. 3, Filed 2/3/2011].

*Responses Filed:* None.

*Status:* This matter has been resolved.

*The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC v. The Lebovic Law Firm (Adv. Proc. No. 11-50370 (KJC))*

6. Pre-Trial Conference

   *Response Deadline:* N/A

   *Related Documents:*

   A. Complaint (I) to Avoid Transfers Pursuant to 11 U.S.C. §§ 547 and 549, and (II) to Recover Property of the Debtors' Estates Transferred Pursuant to 11 U.S.C. § 550 [Adv. D.I. No. 1, Filed 2/3/2011];

   B. Summons and Notice of Pre-Trial Conference [Adv. D.I. No. 3, Filed 2/3/2011].

   *Responses Filed:* None.

   *Status:* This matter is going forward.

Dated: May 16, 2011  
      Wilmington, Delaware

CROSS & SIMON, LLC

By: _____/s/ Kevin S. Mann_____
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
Joseph Grey (No. 2358)
David G. Holmes (No. 4718)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
kmann@crosslaw.com

*Counsel to the Debtors and Debtors-in-Possession*