# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE BANNING LEWIS RANCH COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-13445 (KJC)<br><br>(Jointly Administered) |
| THE BANNING LEWIS RANCH COMPANY, LLC, and BANNING LEWIS RANCH DEVELOPMENT I & II, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BANNING LEWIS RANCH MANAGEMENT COMPANY, LLC,<br><br>Defendant. | Adv. Proc. No. 11-50219 (KJC) |
| THE BANNING LEWIS RANCH COMPANY, LLC, and BANNING LEWIS RANCH DEVELOPMENT I & II, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT R. BAUGH d/b/a SCOTT BAUGH & ASSOCIATES,<br><br>Defendant. | Adv. Proc. No. 11-50385 (KJC) |

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 101 West Avenue, Jenkintown, Pennsylvania 19046.

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 29, 2011 AT 3:00 P.M.

## ADJOURNED/RESOLVED MATTERS:

*The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC v. Banning Lewis Ranch Management Company, LLC* (Adv. Pro. No. 11-50219 (KJC))

1. Motion for Intervention of Farallon BLR Investors, LLC [Adv. D.I. No. 28, Filed 2/18/2011].

    *Response Deadline:* March 2, 2011 at 12:00 p.m.

    *Related Documents:*

    A. Memorandum of Law in Support of the Motion for Intervention of Farallon BLR Investors, LLC [Adv. D.I. No. 29, Filed 2/18/2011];

    B. Motion of Farallon BLR Investors, LLC for an Order Shortening Notice with Respect to Motion for Intervention of Farallon BLR Investors, LLC [Adv. D.I. No. 30, Filed 2/18/2011];

    C. Order Shortening Notice with Respect to Plaintiff's Motion for Intervention of Farallon BLR Investors, LLC [Adv. D.I. No. 32, Filed 2/22/2011].

    *Responses Filed:*

    A. Banning Lewis Ranch Management Company, LLC's Answering Brief to the Motion for Intervention of Farallon BLR Investors, LLC [Adv. D.I. No. 43, Filed 3/2/2011].

    *Status:* This matter has been resolved in principle and the parties intend to submit a stipulation memorializing such in the near future.

2. Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extent it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 49, Filed 3/9/2011].

    *Response Deadline:* March 25, 2011

*Related Documents*:

    A. Brief in Support of Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extend it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 50, Filed 3/9/2011];

    B. Omnibus Reply Brief in Support of Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extend it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 60, Filed 4/1/2011].

*Responses Filed*:

    A. Objection of KeyBank National Association, as Administrative Agent, to Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extend it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 56, Filed 3/25/2011];

    B. Objection of Farallon BLR Investors, LLC to the Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extend it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 57, Filed 3/25/2011];

    C. Debtors' Answering Brief in Response to the Motion of The Banning Lewis Ranch Management Company, LLC for Relief from the Automatic Stay to the Extent it Applies and Abstention Pursuant to 28 U.S.C. § 1334 [Adv. D.I. No. 58, Filed 3/25/2011].

*Status*: This matter has been resolved in principle and the parties intend to submit a stipulation memorializing such in the near future.

3. Motion of the Debtors Pursuant to Bankruptcy Rule 9019 Seeking Approval of a Settlement Stipulation Between the Debtors and Scott R. Baugh filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 299, Filed 5/24/2011].

*Response Deadline*: June 22, 2011 at 4:00 p.m. (extended to June 23, 2011 for KeyBank National Association).

*Related Documents*: None.

*Responses Filed:*

    A.    Limited Objection of KeyBank National Association to Motion of the Debtors Pursuant to Bankruptcy Rule 9019 Seeking Approval of a Settlement Stipulation Between the Debtors and Scott R. Baugh [D.I. 346, Filed 6/23/2011].

*Status:*    This matter has been resolved in principle. The Debtors will present a revised form of order at the hearing.

## UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTIONS:

4. Debtors' Second Motion to Extend The Deadline to Assume, Assume and Assign, or Reject Unexpired Non-Residential Real Property Leases filed by The Banning Lewis Ranch Company, LLC. [D.I. 288, Filed 5/19/2011].

    *Response Deadline:* June 6, 2011 at 4:00 p.m.

    *Related Documents*:

        A. Certificate of No Objection Regarding Debtors' Second Motion to Extend The Deadline to Assume, Assume and Assign, or Reject Unexpired Non-Residential Real Property Leases filed by The Banning Lewis Ranch Company, LLC [D.I. 322, Filed 6/9/2011].

    *Responses Filed:* None.

    *Status:*    A certificate of no objection has been filed but no order has yet been entered. This matter will go forward at the discretion of the Court.

5. Second Quarterly Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors-in-Possession for the period February 1, 2011 to April 30, 2011 filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 314, Filed 6/1/2011].

    *Response Deadline:* June 22, 2011 at 4:00 p.m.

    *Related Documents*:

        A. Certificate of No Objection Regarding Second Quarterly Application of Cross & Simon, LLC for Compensation and

Reimbursement of Expenses as Counsel to the Debtors and Debtors-in-Possession for the period February 1, 2011 to April 30, 2011 filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 349, Filed 6/24/2011].

*Responses Filed:* None.

*Status:* A certificate of no objection has been filed but no order has yet been entered. This matter will go forward at the discretion of the Court.

6. Joint Motion of The Banning Lewis Ranch Management Company, LLC, Farallon BLR Investors, LLC, and Greenfield BLR Partners, LP, The Limited Partner of Greenfield BLR Manager, LLC, For Relief From The Automatic Stay to the Extent It Applies filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 325, Filed 6/10/2011].

*Response Deadline:* June 22, 2011 at 4:00 p.m.

*Related Documents:*

   A. Certificate of No Objection Regarding Joint Motion of The Banning Lewis Ranch Management Company, LLC, Farallon BLR Investors, LLC, and Greenfield BLR Partners, LP, The Limited Partner of Greenfield BLR Manager, LLC, For Relief From The Automatic Stay to the Extent It Applies [D.I. 350, Filed 6/24/11].

*Responses Filed:* None.

*Status:* A certificate of no objection has been filed but no order has yet been entered. This matter will go forward at the discretion of the Court.

## CONTESTED MATTERS GOING FORWARD:

7. Debtors' Motion for an Order (I) Approving the Form and Manner of Notice of the Amended Joint Disclosure Statement Hearing; (II) Determining the Adequacy of the Amended Joint Disclosure Statement; (III) Establishing a Record Date and Voting, Objection, and Other Deadlines with Respect to Confirmation of the Debtors' Amended Joint Plan of Liquidation; (IV) Scheduling a Hearing on Confirmation of the Amended

Joint Plan of Liquidation; (V) Approving (A) the Form and Manner of Notice of the Hearing on Confirmation and Related Matters and (B) the Deadline for Filing Confirmation Objections; (VI) Approving the Solicitation Procedures; and (VII) Granting Certain Other Relief filed by The Banning Lewis Ranch Company, LLC [D.I. 303, Filed 5/25/2011].

*Response Deadline*: June 22, 2011 at 4:00 p.m. (extended to June 27, 2011 at 12:00 p.m. for Eastdil Secured, L.L.C.)

*Related Documents*:

A. Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC Under Chapter 11 of the United States Bankruptcy Code filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. No. 300, Filed 5/25/2011];

B. Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC Under Chapter 11 of the United States Bankruptcy Code filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 301, Filed 5/25/2011].

C. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011].

*Responses Filed*:

A. Informal comments from the Office of the United States Trustee;

B. Objection Of Associated Bank, as Administrative Agent Under Term Facility, to the Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC under Chapter 11 of the United States Bankruptcy Code and all Related Pleadings [D.I. 333, Filed 6/22/2011];

C. Objection of KeyBank National Association to Amended Joint Disclosure Statement with Respect to Amended Joint Plan of

Liquidation for the Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 338, Filed 6/22/2011];

D. Colorado Springs Limited Objection To The Amended Joint Disclosure Statement Accompanying Amended Plan Of Liquidation For The Banning Lewis Ranch Company, LLC And Banning Lewis Ranch Development I & II, LLC Under Chapter 11 Of The United States Bankruptcy Code [D.I. 342, Filed 6/22/2011].

*Status:* This matter is going forward.

8. Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121 (D) Granting An Extension Of Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof filed by The Banning Lewis Ranch Company, LLC [D.I. 310, Filed 5/31/2011].

*Response Deadline*: June 22, 2011 at 4:00 p.m.

*Related Documents*:

A. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011].

*Responses Filed:*

A. Objection Of Associated Bank, As Administrative Agent Under Term Facility, To The Debtors' Second Motion For An Order Pursuant To 11 U.S.C. § 1121 (D) Granting An Extension Of Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof [D.I. 334, Filed 6/22/2011].

B. Objection of KeyBank National Association, as Agent, to Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121(D) Granting an Extension of the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 339, Filed 6/22/2011].

*Status:* This matter is going forward.

9. Motion of Banning Lewis Ranch Development I & II, LLC for and Order: (I) Approving

the Sale of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m); (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief filed by Banning Lewis Ranch Development I & II, LLC [D.I. 318, Filed 6/8/2011].

> *Response Deadline:* June 22, 2011 at 4:00 p.m. (extended to June 27, 2011 at 12:00 p.m. for Banning Lewis Ranch Metro District 1 & 2, Banning Lewis Ranch Management Company, LLC, and Eastdil Secured, L.L.C.)

*Related Documents*:

> A. Notice to Counterparties to Executory Contracts and Unexpired Leases That May be Assumed and Assigned Filed by Banning Lewis Ranch Development I & II, LLC [D.I. 313, Filed 5/31/2011];
>
> B. Supplemental Notice to Counterparties to Executory Contracts and Unexpired Leases that May be Assumed and Assigned filed by Banning Lewis Ranch Development I & II, LLC [D.I. 332, Filed 6/20/2011];
>
> C. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011].

*Responses Filed:*

> A. Limited Objection and Reservation of Rights of KeyBank National Association, as Agent, to Motion of Banning Lewis Ranch Development I & II for an Order: (i) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m); (ii) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (iii) Granting Related Relief [D.I. 335, Filed 6/22/2011].
>
> B. Colorado Springs' Limited, Anticipatory Objection And Reservation Of Rights To The Motion Of The Banning Lewis Ranch Development I & II, LLC For An Order: (I) Approving The Sale Of The Debtor's Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(b), (f) and (m); (II) Assuming And Assigning Certain Executory Contracts And Unexpired Leases; And (Iii) Granting Related Relief And Request For Adequate Protection

Pursuant To 11 U.S.C. § 363(E) [D.I. 337, Filed 6/22/2011];

C. Colorado Springs' Limited, Anticipatory Objection And Reservation Of Rights Concerning The Notices To Counterparties To Executory Contracts And Unexpired Leases That May Be Assumed And Assigned [D.I. 341, Filed 6/22/2011].

*Status:* This matter is going forward.

10. Motion of Banning Lewis Ranch Company, LLC for an Order: (I)(A) Declaring the Stalking Horse Purchaser the Winning Bidder (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief; or (II), in the Alternative (A) Approving the Sale of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances and other Interests Pursuant to Sections 363(b), (f) and (m), (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief filed by The Banning Lewis Ranch Company, LLC [D.I. 319, Filed 6/8/2011].

*Response Deadline*: June 22, 2011 at 4:00 p.m. (extended to June 27, 2011 at 12:00 p.m. for Banning Lewis Ranch Metro District 1 & 2, Banning Lewis Ranch Management Company, LLC, and Eastdil Secured, L.L.C.)

*Related Documents*:

A. Executed Asset Purchase Agreement filed by The Banning Lewis Ranch Company, LLC. [D.I. 309, Filed 5/27/2011];

B. Notice to Counterparties to Executory Contracts and Unexpired Leases That May be Assumed and Assigned filed by The Banning Lewis Ranch Company, LLC. [D.I. 312, Filed 5/31/2011];

C. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011].

*Responses Filed:*

A. Objection Of Associated Bank, as Administrative Agent Under Term Facility, to the Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch

Development I & II, LLC under Chapter 11 of the United States Bankruptcy Code and all Related Pleadings [D.I. 333, Filed 6/22/2011];

B. Objection of KeyBank National Association, as Agent, to the Motion of Banning Lewis Ranch Company, LLC for an Order: (i) (A) Declaring the Stalking Horse Purchaser the Winning Bidder (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief; or (ii) in the Alternative (A) Approving the Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m), (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 336, Filed 6/22/2011].

C. Colorado Springs' Limited, Anticipatory Objection And Reservation Of Rights To The Motion Of The Banning Lewis Ranch Co., LLC For An Order: (I)(A) Declaring The Stalking Horse Purchaser The Winning Bidder (B) Assuming And Assigning Certain Executory Contracts And Unexpired Leases And (C) Granting Related Relief; Or (II) In The Alternative (A) Approving The Sale Of The Debtor's Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(B), (F) And (M), (B) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (C) Granting Related Relief And Request For Adequate Protection Pursuant To 11 U.S.C. § 363(E) [D.I. 340, Filed 6/22/2011].

D. Colorado Springs' Limited, Anticipatory Objection And Reservation Of Rights Concerning The Notices To Counterparties To Executory Contracts And Unexpired Leases That May Be Assumed And Assigned [D.I. 341, Filed 6/22/2011].

*Status:* This matter is going forward.

Dated: June 27, 2011  
       Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
Joseph Grey (No. 2358)
David G. Holmes (No. 4718)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
kmann@crosslaw.com

*Counsel to the Debtors and Debtors-in-Possession*