# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 10-13445 (KJC) |
| THE BANNING LEWIS RANCH COMPANY, LLC, *et al.*,[1] | (Jointly Administered) |
| Debtors. | Re: Docket No. 297 |

## NOTICE OF AUCTION RESULTS

PLEASE TAKE NOTICE that, pursuant to the *Order: (A) Approving Procedures for the Sale of The Banning Lewis Ranch Company, LLC's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, (E) Approving the Agreement with Stalking Horse Purchaser and (F) Granting Related Relief* (the "Sale Procedures Order")[2] [Docket No. 143], The Banning Lewis Ranch Company, LLC held an Auction on June 28, 2011 at the DoubleTree Hotel Downtown Wilmington, 700 N. King Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, at the Auction, the Debtors, after consultation with Associated Bank National Association, as agent to the Term Lenders, declared Ultra

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 101 West Avenue, Jenkintown, Pennsylvania 19046.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Sale Procedures Order.

Resources, Inc. the Winning Bidder for substantially all of the assets of The Banning Lewis Ranch Company, LLC.

PLEASE TAKE FURTHER NOTICE that, at the Auction, the Debtors, after consultation with Associated Bank National Association, as agent to the Term Lenders, declared Asset Ventures Fund I, Ltd. the Back-Up Bidder for substantially all of the assets of The Banning Lewis Ranch Company, LLC.

PLEASE TAKE FURTHER NOTICE that, after the selection of the Winning Bidder and the Back-Up Bidder, the Debtors closed the auction.

Dated: June 29, 2011

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
Joseph Grey (No. 2358)
913 N. Market St.
11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Ph: (302) 777-4200
Fax: (302) 777-4224
kmann@crosslaw.com

*Attorneys for Debtors and Debtors-in-Possession*