UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 10-13445 (KJC) |
| THE BANNING LEWIS RANCH COMPANY, LLC, et al.,[1] | ) ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 298 |
| | ) | |

## NOTICE OF AUCTION RESULTS

PLEASE TAKE NOTICE that, pursuant to the *Order: (A) Approving Procedures for the Sale of Banning Lewis Ranch Development I & II, LLC's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing and (E) Granting Related Relief* (the "Sale Procedures Order")[2] [Docket No. 298], Banning Lewis Ranch Development I & II, LLC conducted an Auction on June 28, 2011 at the DoubleTree Hotel Downtown Wilmington, located at 700 N. King Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, at the Auction, the Debtors declared KeyBank National Association, as Agent, the Winning Bidder for substantially all of the assets of Banning Lewis Ranch Development I & II, LLC.

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 101 West Avenue, Jenkintown, Pennsylvania 19046.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Sale Procedures Order.

PLEASE TAKE FURTHER NOTICE that Banning Lewis Ranch Development I & II, LLC did not designate a Back-Up Bidder for the assets of Banning Lewis Ranch Development I & II, LLC.

PLEASE TAKE FURTHER NOTICE that, following the selection of the Winning Bidder, the Debtors closed the auction.

Dated: June 29, 2011

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
Joseph Grey (No. 2358)
913 N. Market St.
11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Ph: (302) 777-4200
Fax: (302) 777-4224
kmann@crosslaw.com

*Attorneys for Debtors and Debtors-in-Possession*