IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In the matter of                    )
                                    )
THE BANNING LEWIS RANCH             )
COMPANY, LLC, et al.,               ) Case No. 10-13445 KJC
                                    )
        Debtors.                    )


Auction pursuant to notice at the Doubletree Hotel, 700 King Street, Wilmington, Delaware, beginning at 5:25 p.m. on Tuesday, June 28, 2011, before Vincent J. Bailey, Registered Professional Reporter and Notary Public.


WILCOX & FETZER

1330 King Street - Wilmington, Delaware 19801

(302) 655-0477

www.wilfet.com



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

ORIGINAL

1          MR. SIMON: My name is Chris Simon.

2  I'm with Cross & Simon in Wilmington. We are

3  counsel to the debtors in the case captioned in

4  re Banning Lewis Ranch Company, LLC, et al., case

5  number 10-13445 KJC.

6          We are here today for the auction of

7  the debtors' assets. When I say debtors, there's

8  two debtors, Banning Lewis Ranch Company LLC and

9  Banning Lewis Ranch Development I and II, LLC.

10         We are going to start the bidding

11  with the assets of what we will call Banning,

12  which we will use as a defined term for Banning

13  Lewis Ranch Company, LLC.

14         Before we start the auction, I think

15  it is great if we could do a quick entry of

16  appearance. I know people have given cards to

17  the reporter, but if we can get a list of parties

18  in attendance and who you represent, I think that

19  will be helpful.

20         MR. FOREMAN: Michael Foreman, Haynes

21  and Boone for Ultra Resources, bidder.

22         MR. SMITH: Garrett Smith for Ultra

23  Resources, a bidder.

24         MR. WERKHEISER: Gregory Werkheiser,



1  Morris Nichols Arsht & Tunnel for Ultra

2  Resources.

3          MS. CALOWAY:  Mary Caloway, Buchanan

4  Ingersoll on behalf of KeyBank as agent for the

5  Devco revolving lenders.

6          MR. RANDLE:  Scott Randle with

7  KeyBank.

8          MR. PFEIFFER:  Mark Pfeiffer,

9  Buchanan Ingersoll on behalf of KeyBank as agent

10  for Devco, revolving lenders.

11          MS. BROWN-EDWARDS:  Terri

12  Brown-Edwards of Potter Anderson & Corroon on

13  behalf of Asset Ventures Fund, a bidder.  And I

14  am here with Steven Marshall of Asset Ventures

15  Fund, Curtis Davidson of Asset Ventures Fund, and

16  Ross Allen of Asset Ventures Fund.

17          MR. MARTORELLA:  Chris Martorella

18  here on behalf of KeyBank as agent for the

19  revolver.

20          MR. RUFFO:  Andrew Ruffo here

21  consulting on behalf of KeyBank.

22          MR. STONE:  Brett Stone, Associated

23  Bank.

24          MR. GRAHAM:  Brian Graham from



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

Pedersen & Houpt in Chicago representing Associated Bank as the agent for the term loan lenders and Banning Lewis Ranch as it's sometime referred to Landco.

MR. CAL: Peter Cal for Sherman & Howard, Denver, representing the City of Colorado Springs and its enterprises.

MS. KELLY: Patricia Kelly, I am city attorney and chief legal officer for Colorado Springs and all of its enterprises.

MS. DANVERS: Julie Danvers with Ultra Resources.

MR. WATFORD: Mike Watford with Ultra Resources.

MR. NIX: Stan Nix, Greenfield.

MR. MORTON: Ed Morton, Young, Conaway on behalf of Greenfield Partners.

MR. TAYLOR: Joshua Taylor, Steptoe & Johnson, LLP on behalf of stalking horse purchaser.

MR. SIMON: Before we get started on the actual auction, there's been a development today on the stalking horse bidder. We are going to read something into the record that

1  memorializes an agreement between the stalking

2  horse bidder and various parties in interest.

3          So Mr. Mann, my colleague to the

4  left, Kevin Mann of Cross & Simon, will read this

5  into the record.

6          MR. MANN:  "In consideration for the

7  consensual withdrawal of the stalking horse bid,

8  the parties have agreed to the following terms to

9  be added to the sale order:

10          "One, the DIP lenders/stalking horse

11  bidders (lenders) will agree to withdraw their

12  bid and will not object to the revision of the

13  Ultra Resources bid to a cash bid, subject to the

14  terms contained herein.  Lenders will not object

15  to the entry of an order approving a sale to a

16  cash bidder and waive any 506 claim as against

17  Associated Bank.

18          "Two, Associated Bank will agree to

19  fund the expense of the case on a go forward

20  basis, commencing with the draw request issued on

21  June 22, 2011, which Associated will fund up to

22  $565,000, exclusive of fees and expenses related

23  to any contested hearing or adversary proceeding

24  related to a rejection/assumption fight with the



City of Colorado Springs, and the lenders shall
have no obligation to fund such request or any
other expenses going forward. The draw request
is attached hereto as Exhibit A. Notwithstanding
the foregoing, in the interest of a timely
payment of estate expenses, the lenders will make
available up to $300,000 of the $565,000
described above of additional DIP funding to be
used to pay such expenses. Such amount shall be
repaid in first priority out of any disposition
of Banning's property, and at all times while
outstanding the claims under the term loan shall
be deemed subordinate to, up to $300,000, the
amounts so advanced by the lenders. Associated
Bank and KeyBank shall not object to fees and
expenses incurred by debtors prior to July 1st,
2011.

"Three, the commission payable to
Eastdil Secured LLC shall be funded out of the
proceeds of the transaction, if and when
consummated. The lenders shall have no
obligation to fund such fee.

"Four, lenders shall be entitled to
the full expense reimbursement of $250,000 from



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

1     the proceeds of any transaction once consummated,

2     without the need to provide supporting

3     documentation with respect thereto."

4             MR. SIMON: Thank you.

5             As most of you know, the debtors

6     received bids from various parties prior to and

7     up to the bid deadline and also after the bid

8     deadline, and so at the commencement of the

9     auction for the Banning assets we will announce

10     what the debtors believe, in consultation with

11     agent, is the highest and best offer for the

12     debtors' assets. I believe we have a

13     determination to declare right now, but I want to

14     take a minute to talk to Mr. Phillips to my

15     right, who is the CRO for the debtors. Off the

16     record.

17             (Discussion off the record.)

18             (Exhibit No. 1 marked for

19     identification.)

20             MR. SIMON: For the record, Asset

21     Ventures has bid a cash bid of $16 million for

22     the assets of Banning with the APA that was

23     submitted with the -- with the original bid. Is

24     that correct?



```
 1            MR. MARSHALL:  Steven Marshall, yes.

 2            MR. SIMON:  Based on my consultation

 3    with Mr. Phillips, the debtors have determined in

 4    consultation with the agent, the debtors have

 5    determined the opening bid for the assets of

 6    Banning will be $16 million as submitted by Asset

 7    Ventures, and now the floor is open for any party

 8    who wishes to overbid.  If we need to take a

 9    brief recess to caucus we will make the time

10    available for parties.

11            MR. SMITH:  Garrett Smith for Ultra

12    Resources.  Ultra would like to bid $16,500,000.

13            MR. FOREMAN:  That is pursuant to the

14    revised asset purchase agreement that we have

15    reviewed with the debtors.

16            MR. SIMON:  Thank you.  I'd like to

17    go off the record for a brief second.

18            (Discussion off the record.)

19            MR. SIMON:  All right.  Debtors have

20    determined, after consultation with the agent,

21    that Ultra Resources with a bid of $16,500,000 as

22    set forth in their asset purchase agreement

23    submitted today is the highest and best bid for

24    the debtors' Banning assets.
```



1               Would anybody like to submit an

2    overbid?

3               We will take a break.  Off the

4    record.

5               (Discussion off the record.)

6               MR. SIMON:  Debtors have made a

7    determination -- actually, I'm sorry.

8               MS. BROWN-EDWARDS:  For the record,

9    Terri Brown-Edwards on behalf of Asset Ventures

10   Fund.

11              Asset Ventures Fund would like to

12   place on the record a standing objection to the

13   sale procedures with respect to any bid or any

14   party that has any contingencies or outs in

15   connection with their bid, whether they be due

16   diligence outs, financing outs, environmental

17   reviews, or any other material contingency, as we

18   would view that as in violation of the sale

19   procedures order.

20              And, further, we would feel any party

21   with such contingency should not be permitted to

22   participate in the auction as they failed to

23   qualify as a qualified bidder.

24              Can you tell us in the debtors'



1  interpretation at this juncture, is the bid

2  that's on the table by the other party, Ultra,

3  fully free of any outs with respect to

4  environmental reviews, due diligence, financing,

5  et cetera?

6          MR. SIMON:  Off the record.

7          (Discussion off the record.)

8          MR. FOREMAN:  Our bid has no -- Ultra

9  Resources' bid has no contingencies for

10  financing, environmental, or any other outs or

11  other contingencies, except to the extent that

12  there may have been any in the stalking horse

13  bid, because our bid now basically tracks the

14  stalking horse bid.  So we haven't put anything

15  else in there.  I can tell you there are no due

16  diligence outs, there are no financing outs, no

17  environmental outs.

18          But we would have to go through the

19  agreement just to make sure that the original

20  agreement didn't have any contingencies.

21          MR. SIMON:  The debtors have

22  determined that Ultra Resources' cash bid of

23  $16,500,000 after consultation with the agent and

24  in conformity with the asset purchase agreement

1    that was submitted is highest and best bid.

2              Does anyone wish to submit an

3    overbid?

4              MS. BROWN-EDWARDS:  One moment.

5              MR. MARSHALL:  $16,750,000.

6              MR. SIMON:  To be clear, your

7    proposed asset purchase agreement is not

8    changing?

9              MR. MARSHALL:  Never has.

10             MR. SIMON:  Thank you.

11             Okay.  The debtors, after consulting

12   with the agent, have determined that the bid of

13   Asset Ventures for $16,750,000 is the highest and

14   best bid for the Banning assets.

15             Would anybody like to overbid?

16             MR. SMITH:  Garrett Smith for Ultra

17   Resources.  Ultra Resources would like to bid

18   $17 million, purchase to be on the same form of

19   asset purchase agreement Ultra has previously

20   submitted.

21             MR. SIMON:  Thank you.

22             All right.  The debtors after

23   consultation with the agent have determined that

24   Ultra Resources with a bid of $17 million in cash

1    in conjunction with APA previously submitted is

2    the highest and best offer for the Banning

3    assets.

4             Would anybody like to overbid?

5             MR. MARSHALL:  For Asset Ventures, we

6    would like to bid $17,250,000.  Under the same

7    APA, of course.  Can we stipulate to that?

8             MR. SIMON:  I just want to make it

9    clear for the record, 17 million 250?

10            MR. MARSHALL:  Yes.

11            MR. SIMON:  Debtors after consulting

12   with the agent have determined that the bid of

13   Asset Ventures for $17,250,000 is highest and

14   best bid for the Banning assets.

15            Would anybody like to make an

16   overbid?

17            MR. SMITH:  Garrett Smith for Ultra

18   Resources.  Ultra Resources will bid $17,500,000

19   for the Banning assets on the purchase and sale

20   agreement form Ultra has submitted.

21            MR. FOREMAN:  Can we stipulate that

22   all of our bids will be on our form of asset

23   purchase agreement?

24            MR. SIMON:  That's fine.  We will



1  further stipulate as long as bidding continues,

2  we will stick to a number.  If anybody else wants

3  to add a bid they will have to submit an APA for

4  the record.

5          After consultation with the agent,

6  debtors have determined that bid of Ultra

7  Resources for $17,500,000 is the highest and best

8  bid for the Banning assets.

9          Would anybody like to overbid?

10          MR. MARSHALL:  We would like to bid

11  17.75 million.

12          MR. SIMON:  Debtors, after

13  consultation with agent, have determined that the

14  bid of Asset Ventures for $17,750,000 in cash is

15  the highest and best bid for the Banning assets.

16          Would anybody like to overbid?

17          MR. SMITH:  Ultra Resources bids

18  $18 million for the Banning assets.

19          MR. SIMON:  Debtors, after

20  consultation with agent, have determined that the

21  bid of Ultra Resources for $18 million cash is

22  the highest and best bid for the Banning assets.

23          Would anybody like to overbid?

24          MR. MARSHALL:  We would like to bid



18.25 million.

MR. SIMON: The debtors have determined, after consultation with agent, the bid of Asset Ventures for $18,250,000 cash is the highest and best bid for the Banning assets.

Would anybody like to overbid?

MR. SMITH: Ultra Resources bids $18,500,000 for the Banning assets.

MR. SIMON: After consultation with the agent, debtors have determined that the bid of Ultra Resources for $18,500,000 cash is the highest and best bid for the Banning assets.

Would anybody like to overbid?

MR. MARSHALL: Asset Ventures would like to bid 18.5 million -- excuse me, 18.75.

MR. SIMON: After consultation with the agent, the debtors have determined that the bid of Asset Ventures for $18,750,000 in cash is highest and best bid for the debtors' assets -- for the Banning assets.

Would anybody like to overbid the bid of Asset Ventures?

MR. SMITH: Ultra Resources bids $19 million for the Banning assets.



1          MR. SIMON:  After consultation with

2    the agent, the debtors have determined that

3    $19 million cash bid by Ultra Resources is

4    highest and best bid for the Banning assets.

5          Would anybody like to overbid?

6          MR. MARSHALL:  19.25 million.

7          MR. SIMON:  After consultation with

8    the agent, the debtors have determined that the

9    bid of Asset Ventures's of $19,250,000 cash is

10   the highest and best bid for the Banning assets.

11         Would anybody like to overbid?

12         MR. SMITH:  Ultra Resources bids

13   $19,500,000 for the Banning assets.

14         MR. SIMON:  After consultation with

15   the agent, the debtors have determined that Ultra

16   Resources' cash bid in the amount of $19,500,000

17   is the highest and best bid for the Banning

18   assets.

19         Would anybody like to overbid?

20         MR. MARSHALL:  We will bid 19.75

21   million.

22         MR. SIMON:  After consultation with

23   the agent, the debtors have determined that the

24   bid of Asset Ventures for $19,750,000 cash is the



```
 1        highest and best bid for the Banning assets.
 2                    Would anybody like to overbid?
 3                    MR. SMITH:  Yes.  Ultra Resources
 4        bids $20 million for the Banning assets.
 5                    MR. SIMON:  After consultation with
 6        the agent, debtors have concluded that the bid of
 7        Ultra Resources for 20 million in cash for
 8        Banning assets is the highest and best bid for
 9        the Banning assets.
10                    Would anybody like to overbid?
11                    MR. MARSHALL:  $20,250,000.
12                    MR. SIMON:  After consultation with
13        the agent, debtors have determined the bid of
14        Asset Ventures for $20,250,000 cash is the
15        highest and best bid for the Banning assets.
16                    Would anybody like to overbid?
17                    MR. SMITH:  Ultra Resources bids
18        $20,500,000 for the Banning assets.
19                    MR. SIMON:  After consultation with
20        the agent, the debtors have determined that the
21        bid of Ultra Resources for $20,500,000 cash is
22        highest and best bid for the Banning assets.
23                    Would anybody like to overbid?
24                    MR. MARSHALL:  We will bid
```



1    $20,750,000.

2              MR. SIMON:  After consultation with

3    agent, debtors have determined that the bid of

4    Asset Ventures for $20,750,000 in cash is the

5    highest and best bid for Banning assets.

6              Would anybody like to overbid?

7              MR. SMITH:  Yes.  Ultra Resources

8    bids $21 million for the Banning assets.

9              MR. SIMON:  After consultation with

10    the agent, the debtors have determined that the

11    bid of Ultra Resources for $21 million in cash is

12    highest and best bid for Banning assets.

13              Would anybody like to overbid?

14              MR. MARSHALL:  We will bid

15    $21,250,000.

16              MR. SIMON:  After consultation with

17    the agent, the debtors have determined that the

18    bid of Asset Ventures for $21,250,000 is highest

19    and best bid for Banning assets.

20              Would anybody like to overbid?

21              MR. SMITH:  Yes.  Ultra Resources

22    bids $21,500,000 for the Banning assets.

23              MR. SIMON:  Debtors after

24    consultation with agent have determined the bid



1   of Ultra Resources for $21,500,000 is highest and

2   best bid for Banning assets.

3          Would anybody like to overbid?

4          MR. MARSHALL: 21 million 750.

5          MR. SIMON: After consultation with

6   agent, debtors have determined that the bid of

7   Asset Ventures for $21,750,000 is the highest and

8   best bid for the Banning assets. Would anybody

9   like to overbid?

10         MR. SMITH: Yes. Ultra Resources

11   bids 22 million for the Banning assets.

12         MR. SIMON: After consultation with

13   the agent, the debtors have determined that the

14   bid of Ultra Resources for 22 million cash is the

15   highest and best bid.

16         Would anybody like to overbid.

17         MR. MARSHALL: Can we take a break?

18         MR. SIMON: Any objection for the

19   record?

20         Okay. We will take a short break.

21   Thank you.

22         (Recess taken.)

23         MR. MARSHALL: We would like to bid

24   $22,500,000.



1          MR. SIMON:  After consultation with

2    the agent, debtors have determined that the bid

3    of Asset Ventures for $22,500,000 is the highest

4    and best bid for Banning assets.

5          Would anybody like to overbid?

6          MR. FOREMAN:  Before we go on, has

7    the debtor satisfied itself as to the bidder's

8    financial capability of submitting this type of

9    bid?

10          MR. SIMON:  Off the record for a

11   minute if we could and we will come back on the

12   record to address that.

13          (Discussion off the record.)

14          MR. SIMON:  The debtors have

15   determined that the bidder -- Asset Ventures is a

16   qualified bidder, based on consultation with the

17   agent, the documents submitted by Asset Ventures,

18   and consultation with Eastdil, we will accept

19   their bid as a qualified bidder.

20          After consultation with the agent,

21   the debtors have determined that the bid of Asset

22   Ventures in the amount of $22,500,000 cash is

23   highest and best bid for the Banning assets.

24          Would anybody like to overbid?



1          MR. SMITH:  Ultra Resources bids

2     22.75 million for the Banning assets.

3          MR. SIMON:  After consultation with

4     the agent, debtors have determined that the bid

5     of Ultra Resources in the amount of $22,750,000

6     is the highest and best bid for Banning assets.

7          Would anybody like to overbid?

8          MR. MARSHALL:  We will bid

9     $23 million.

10         MR. SIMON:  After consultation with

11    the agent, debtors have determined that the bid

12    of Asset Ventures in the amount of 23 million in

13    cash is highest and best bid for the Banning

14    assets.

15         Would anybody like to overbid?

16         MR. SMITH:  Yes.  Ultra Resources

17    bids $23,250,000 for the Banning assets.

18         MR. SIMON:  After consultation with

19    the agent, the debtors have determined that the

20    bid of Ultra Resources for $23,250,000 is highest

21    and best bid for the Banning assets.

22         Would anybody like to overbid?

23         MR. MARSHALL:  $23,500,000.

24         MR. SIMON:  After consultation with



the agent, the debtors have determined that the

bid of Asset Ventures for $23,500,000 is highest

and best bid for the Banning assets.

Would anybody like to overbid?

MR. SMITH: Ultra Resources bids

$23,750,000 for the Banning assets.

MR. SIMON: After consultation with

the agent, debtors have determined that the bid

of Ultra Resources for $23,750,000 cash is

highest and best bid for the Banning assets.

Would anybody like to overbid?

MR. MARSHALL: 24 million.

MR. SIMON: After consultation with

the agent, the debtors have determined that the

bid of Asset Ventures for $24 million cash is the

highest and best bid for Banning assets.

Would anybody like to overbid?

MR. SMITH: Yes. Ultra Resources

bids $24,250,000 for the Banning assets.

MR. SIMON: After consultation with

the agent, debtors have determined that the bid

of Ultra Resources in the amount of $24,250,000

cash is highest and best bid for the Banning

assets.



1          Would anybody like to overbid?

2          MR. MARSHALL:  24 million five.

3          MR. SIMON:  After consultation with

4    the agent, debtors have determined that the bid

5    of Asset Ventures for $24,500,000 cash is the

6    highest and best bid for the Banning assets.

7          Would anybody like to overbid?

8          MR. SMITH:  Yes.  Ultra Resources

9    bids $24,750,000 for the Banning assets.

10         MR. SIMON:  After consultation with

11   the agent, the debtors have determined the bid of

12   Ultra Resources for $24,750,000 cash is highest

13   and best bid for the Banning assets.

14         Would anybody like to overbid?

15         MR. MARSHALL:  25 million.

16         MR. SIMON:  After consultation with

17   the agent, the debtors have determined that the

18   bid of Asset Ventures for $25 million cash is

19   highest and best bid for the Banning assets.

20         Would anybody like to overbid?

21         MR. SMITH:  Ultra Resources bids

22   $25,250,000 for Banning assets.

23         MR. SIMON:  After consultation with

24   agent, the debtors have determined that the bid



1  of Ultra Resources for $25,250,000 cash is the

2  highest and best bid for Banning assets.

3         Would anybody like to overbid?

4         MR. MARSHALL:  $25,500,000.

5         MR. SIMON:  After consultation with

6  the agent, the debtors have determined the bid of

7  Asset Ventures for $25,500,000 in cash is the

8  highest and best bid for the Banning assets.

9         Would anybody like to overbid?

10        MR. SMITH:  Ultra Resources bids

11 $25,750,000 for the Banning assets.

12        MR. SIMON:  After consultation with

13 the agent, the debtors have determined the bid of

14 Ultra Resources for $25,750,000 in cash is

15 highest and best bid for the Banning assets.

16 Would anybody like to overbid?

17        MR. MARSHALL:  26 million.

18        MR. SIMON:  After consultation with

19 the agent, the debtors have determined that the

20 bid of Asset Ventures for 26 million cash for the

21 assets of Banning is highest and best bid for the

22 Banning assets.

23        Would anybody like to overbid?

24        MR. SMITH:  Ultra Resources bids



1    $26,250,000 for the Banning assets.

2                    MR. SIMON:  After consultation with

3    the agent, the debtors have determined the bid of

4    Ultra Resources for $26,250,000 cash is the

5    highest and best bid for the Banning assets.

6                    Would anybody like to overbid?

7                    MR. MARSHALL:  That's it.  Good luck.

8                    MR. SIMON:  All right.  We will hold

9    your bid for a second.  I want to consult with

10   the agent and CRO.  We will be right back.

11                   I thank everybody for their bids.

12   I'm assuming nobody else wants to overbid, but I

13   want to state that for the record if anybody

14   does, please state so now.

15                   We will take a quick break, we will

16   be right back and we will try to wrap up the

17   Banning auction.  Thank you.

18                   (Recess taken.)

19                   MR. SIMON:  The debtors have

20   determined after consultation with the agent that

21   the bid of Ultra Resources for $26,250,000 in

22   cash is the highest and best bid for the Banning

23   assets.  We are going to declare Ultra Resources

24   the winning bidder for the Banning assets.



            Likewise, we are going to declare

1

2    that Asset Ventures is the backup bidder in an

3    amount of $26 million --

4            MR. MARSHALL:   We have no interest in

5    being a backup bidder.

6            MR. SIMON:   We will make that

7    declaration for the record and we will, you know,

8    go from there.

9            Does anybody have questions before we

10   go off the record in Banning?

11           Okay.   I want to thank everybody for

12   their patience today.   On the record I want to

13   make that statement.   I appreciate everybody's

14   patience and efforts.   I know this has been a

15   long process and not necessarily a smooth

16   process, but I really do appreciate your patience

17   in working through the issues.   So on behalf of

18   the debtors, my thanks.

19           I have nothing further on Banning.

20   We will take a short break and we will start the

21   auction for the Devco assets, assets of Banning

22   Lewis Ranch Development I and II, LLC.   Thanks.

23           (Recess taken.)

24           MR. SIMON:   I want to, for the



 1    record, close the auction on the Banning assets

 2    or the assets of the debtor Banning Lewis Ranch

 3    Company, LLC.  I have nothing further.  Thanks.

 4              (Recess taken.)

 5              MR. SIMON:  Back on the record in the

 6    case Banning Lewis Ranch Company, LLC, case

 7    number 10-13445 KJC, and conducting the auction

 8    of the debtor's assets, the debtor being Banning

 9    Lewis Ranch Development I and II, LLC.  The

10    debtors have in accordance with bid procedures

11    received bids on what we call the defined debtor

12    Banning Lewis Ranch Development I and II as

13    Devco, the debtors have received bids on Devco

14    and have determined after consultation with the

15    CRO and other parties that the highest and best

16    bid to open the auction is the bid submitted by

17    the agent KeyBank National Association as agent

18    for the revolving lenders.

19              It was a credit bid submitted in the

20    amount of $24,500,000 to purchase substantially

21    all of the debtors' assets.  When I say debtor I

22    mean Devco, to Devco real property located in

23    Colorado Springs, Colorado.

24              The debtors believe that the



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

1  purchaser KeyBank will be able to consummate the

2  sale following finalization of the APA and entry

3  of an approval order by the court, approval order

4  becoming final.  Credit bid is not contingent

5  upon any financing, due diligence, environmental

6  review or other material contingency.

7              Off the record.

8              (Discussion off the record.)

9              MR. SIMON:  I am back to enter into

10  the record as an exhibit to the transcript a copy

11  of the bid as modified with the purchase price

12  revised Exhibit A.  That will be an exhibit to

13  the transcript, part of the record.

14              (Exhibit No. 2 marked for

15  identification.)

16              MR. SIMON:  At this time I'd open the

17  floor to anybody who wishes to overbid on the

18  credit bid of Devco submitted by KeyBank which

19  debtors have determined is the highest and best

20  bid for the Devco assets.

21              There is no party present or on the

22  phone or e-mail that has expressed any interest

23  in overbidding the bid of KeyBank.  So with that

24  the debtors will declare KeyBank the winning



```
1    bidder for the assets of Devco and close the

2    auction for the Devco assets.

3                 If anybody has no further comments,

4    we are off the record.  Thank you.

5                 (The auction concluded at 7:15 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```



29

State of Delaware    )

                     )

County of New Castle )




                 C E R T I F I C A T E

        I, Vincent Bailey, Registered Professional

Reporter, do hereby certify that the foregoing

record, pages 2 to 29 inclusive, is a true and

accurate transcript of my stenographic notes

taken on June 28, 2011, in the above-captioned

matter.

        IN WITNESS WHEREOF, I have hereunto set my

hand and seal this    29th       day of June,

2011, at Wilmington.




                            ORIGINAL

                            Vincent Bailey

                 Vincent Bailey

