IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BANNING LEWIS RANCH COMPANY, LLC, *et al.*,[1] | ) ) ) | Case No. 10-13445 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

## SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 28, 2011 AT 11:00 A.M.

ADJOURNED MATTERS:

1. Debtors' Motion for an Order (I) Approving the Form and Manner of Notice of the Amended Joint Disclosure Statement Hearing; (II) Determining the Adequacy of the Amended Joint Disclosure Statement; (III) Establishing a Record Date and Voting, Objection, and Other Deadlines with Respect to Confirmation of the Debtors' Amended Joint Plan of Liquidation; (IV) Scheduling a Hearing on Confirmation of the Amended Joint Plan of Liquidation; (V) Approving (A) the Form and Manner of Notice of the Hearing on Confirmation and Related Matters and (B) the Deadline for Filing Confirmation Objections; (VI) Approving the Solicitation Procedures; and (VII) Granting Certain Other Relief filed by The Banning Lewis Ranch Company, LLC [D.I. 303, Filed 5/25/2011].

    *Response Deadline*: June 22, 2011 at 4:00 p.m. (extended to June 27, 2011 at 12:00 p.m. for Eastdil Secured, L.L.C.)

    *Related Documents*:

    A. Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC Under Chapter 11 of the United States Bankruptcy Code filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 101 West Avenue, Jenkintown, Pennsylvania 19046.

[2] **Amended items appear in bold.**

Development I & II, LLC [D.I. No. 300, Filed 5/25/2011];

B. Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC Under Chapter 11 of the United States Bankruptcy Code filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 301, Filed 5/25/2011].

C. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011].

*Responses Filed:*

A. Informal comments from the Office of the United States Trustee;

B. Objection Of Associated Bank, as Administrative Agent Under Term Facility, to the Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC under Chapter 11 of the United States Bankruptcy Code and all Related Pleadings [D.I. 333, Filed 6/22/2011];

C. Objection of KeyBank National Association to Amended Joint Disclosure Statement with Respect to Amended Joint Plan of Liquidation for the Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 338, Filed 6/22/2011];

D. Colorado Springs Limited Objection To The Amended Joint Disclosure Statement Accompanying Amended Plan Of Liquidation For The Banning Lewis Ranch Company, LLC And Banning Lewis Ranch Development I & II, LLC Under Chapter 11 Of The United States Bankruptcy Code [D.I. 342, Filed 6/22/2011].

*Status:* This matter has been adjourned to August 10, 2011 at 10:00 a.m.

2. Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121 (D) Granting An Extension Of Exclusive Periods During Which Only The Debtors May File A Chapter 11

Plan And Solicit Acceptances Thereof filed by The Banning Lewis Ranch Company, LLC [D.I. 310, Filed 5/31/2011].

> *Response Deadline*: June 22, 2011 at 4:00 p.m.
>
> *Related Documents*:
>
>> A. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011].
>
> *Responses Filed*:
>
>> A. Objection Of Associated Bank, As Administrative Agent Under Term Facility, To The Debtors' Second Motion For An Order Pursuant To 11 U.S.C. § 1121 (D) Granting An Extension Of Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof [D.I. 334, Filed 6/22/2011].
>>
>> B. Objection of KeyBank National Association, as Agent, to Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121(D) Granting an Extension of the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 339, Filed 6/22/2011].
>
> *Status*: This matter has been adjourned to August 10, 2011 at 10:00 a.m.

## CONTESTED MATTERS GOING FORWARD:

3. Motion of Banning Lewis Ranch Development I & II, LLC for and Order: (I) Approving the Sale of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m); (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief filed by Banning Lewis Ranch Development I & II, LLC [D.I. 318, Filed 6/8/2011].

   > *Response Deadline*: June 22, 2011 at 4:00 p.m. (extended to June 27, 2011 at 12:00 p.m. for Banning Lewis Ranch Metro District 1 & 2, Banning Lewis Ranch Management Company, LLC, and Eastdil Secured, L.L.C.) as to Sale Motion.
   >
   > July 19, 2011 at 4:00 p.m. as to Final Form of Order and Issues Raised by City of Colorado Springs.

*Related Documents*:

A. Notice to Counterparties to Executory Contracts and Unexpired Leases That May be Assumed and Assigned Filed by Banning Lewis Ranch Development I & II, LLC [D.I. 313, Filed 5/31/2011];

B. Supplemental Notice to Counterparties to Executory Contracts and Unexpired Leases that May be Assumed and Assigned filed by Banning Lewis Ranch Development I & II, LLC [D.I. 332, Filed 6/20/2011];

C. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011];

D. Notice of Auction Results for Banning Lewis Ranch Development I & II [D.I. 360, Filed 6/29/2011];

E. Notice of Filing of Transcript from Auction [D.I. 361, Filed 6/29/2011];

F. Notice of Filing of Proposed Order: (I) Approving the Sale of Banning Lewis Ranch Development I & II, LLC's Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 377, Filed 7/6/2011];

G. Order: (I) Determining The Winning Bidder Of Banning Lewis Ranch Development I & II, LLC's Assets At Auction; (II) Assuming And Assigning Certain Executory Contracts And Unexpired Leases; And (III) Granting Related Relief [D.I. 379, Filed 7/6/2011].

*Responses Filed:*

A. Limited Objection and Reservation of Rights of KeyBank National Association, as Agent, to Motion of Banning Lewis Ranch Development I & II for an Order: (I) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b),

(f) and (m); (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 335, Filed 6/22/2011].

B. Colorado Springs' Limited, Anticipatory Objection And Reservation Of Rights To The Motion Of The Banning Lewis Ranch Development I & II, LLC For An Order: (I) Approving The Sale Of The Debtor's Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(b), (f) and (m); (II) Assuming And Assigning Certain Executory Contracts And Unexpired Leases; And (III) Granting Related Relief And Request For Adequate Protection Pursuant To 11 U.S.C. § 363(E) [D.I. 337, Filed 6/22/2011];

C. Colorado Springs' Limited, Anticipatory Objection And Reservation Of Rights Concerning The Notices To Counterparties To Executory Contracts And Unexpired Leases That May Be Assumed And Assigned [D.I. 341, Filed 6/22/2011];

D. Colorado Springs' Limited Objection and Reservation of Rights to the Proposed Order: (I) Approving the Sale of Banning Lewis Ranch Development I & II, LLC's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. Section 363(e) [D.I. 387, Filed 7/19/2011];

E. Agent's Statement of Position with Respect to Matters Put at Issue by City of Colorado Springs, filed by KeyBank National Association [D.I. 388, Filed 7/19/2011];

F. Informal comments from the DIP Lenders to the form of order have been consensually resolved;

G. Informal comments from Eastdil Secured, L.L.C;

H. Colorado Springs' Combined Reply to Ultra's Response and Position Statement Filed by KeyBank and in Further Support of its Objections to Debtors' Sale Motions and Proposed Orders and Objection to Distribution of Proceeds to Associated Bank [D.I. No. 413, Filed 7/26/2011].

*Status:* **This matter has been adjourned to August 3, 2011 at 10:00 a.m.**

4. Motion of Banning Lewis Ranch Company, LLC for an Order: (I)(A) Declaring the Stalking Horse Purchaser the Winning Bidder (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief; or (II), in the Alternative (A) Approving the Sale of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances and other Interests Pursuant to Sections 363(b), (f) and (m), (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief filed by The Banning Lewis Ranch Company, LLC [D.I. 319, Filed 6/8/2011].

*Response Deadline*: June 22, 2011 at 4:00 p.m. (extended to June 27, 2011 at 12:00 p.m. for Banning Lewis Ranch Metro District 1 & 2, Banning Lewis Ranch Management Company, LLC, and Eastdil Secured, L.L.C.) as to Sale Motion.

July 19, 2011 at 4:00 p.m. as to Final Form of Order and Issues Raised by City of Colorado Springs (extended to July 26, 2011 at 10:00 a.m. for the DIP Lenders).

*Related Documents*:

A. Executed Asset Purchase Agreement filed by The Banning Lewis Ranch Company, LLC. [D.I. 309, Filed 5/27/2011];

B. Notice to Counterparties to Executory Contracts and Unexpired Leases That May be Assumed and Assigned filed by The Banning Lewis Ranch Company, LLC. [D.I. 312, Filed 5/31/2011];

C. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011];

D. Notice of Auction Results for Banning Lewis Ranch Company, LLC [D.I. 359, Filed 6/29/2011];

E. Notice of Filing of Transcript from Auction [D.I. 361, Filed 6/29/2011];

F. Order: (I) Determining The Winning Bidder Of The Banning Lewis Ranch Company, LLCs Assets At Auction; (II) Assuming And Assigning Certain Executory Contracts And Unexpired Leases; And (III) Granting Related Relief [D.I. 371, Filed 7/6/2011];

G. Notice of Filing of Proposed Order: (I) Approving the Sale of The Banning Lewis Ranch Company, LLC's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of The Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 378, Filed 7/6/2011];

H. Joinder of The Banning Lewis Ranch Company, LLC to Ultra Resources, Inc.'s Response to (1) Colorado Springs' Limited, Anticipatory Objection and Reservation of Rights to the Motion of The Banning Lewis Ranch Co., LLC for an Order: (I)(A) Declaring the Stalking Horse Purchaser the Winning Bidder (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases and (C) Granting Related Relief; or (II) in the Alternative (A) Approving the Sale of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m), (b) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. § 363(e); and (2) Colorado Springs' Limited, Anticipatory Objection and Reservation of Rights Concerning the Notices to Counterparties to Executory Contracts and Unexpired Leases that may be Assumed and Assigned [D.I. 412, Filed 7/26/11];

I. Statement of Associated Bank, as Administrative Agent Under Term Facility, in Support of Entry of an Order: (I) Approving the Sale of The Banning Lewis Ranch Company LLC's Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. § 363 (e) [D.I. 414, Filed 7/26/11].

*Responses Filed:*

A. Objection Of Associated Bank, as Administrative Agent Under

Term Facility, to the Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC under Chapter 11 of the United States Bankruptcy Code and all Related Pleadings [D.I. 333, Filed 6/22/2011];

B. Objection of KeyBank National Association, as Agent, to the Motion of Banning Lewis Ranch Company, LLC for an Order: (I) (A) Declaring the Stalking Horse Purchaser the Winning Bidder (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief; or (II) in the Alternative (A) Approving the Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m), (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 336, Filed 6/22/2011].

C. Colorado Springs' Limited, Anticipatory Objection And Reservation Of Rights To The Motion Of The Banning Lewis Ranch Co., LLC For An Order: (I)(A) Declaring The Stalking Horse Purchaser The Winning Bidder (B) Assuming And Assigning Certain Executory Contracts And Unexpired Leases And (C) Granting Related Relief; Or (II) In The Alternative (A) Approving The Sale Of The Debtor's Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(b), (f) and (m), (B) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (C) Granting Related Relief And Request For Adequate Protection Pursuant To 11 U.S.C. § 363(E) [D.I. 340, Filed 6/22/2011].

D. Colorado Springs' Limited, Anticipatory Objection And Reservation Of Rights Concerning The Notices To Counterparties To Executory Contracts And Unexpired Leases That May Be Assumed And Assigned [D.I. 341, Filed 6/22/2011].

E. Colorado Springs' Limited Objection and Reservation of Rights to the Proposed Order: (I) Approving the Sale of the Banning Lewis Ranch Company LLC's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related

Relief and Request for Adequate Protection Pursuant to 11 U.S.C. Section 363(e) [D.I. 389, Filed 7/19/2011];

F. Ultra Resources, Inc.'s Response to (1) Colorado Springs Limited, Anticipatory Objection and Reservation of Rights to the Motion of The Banning Lewis Ranch Co., LLC for an Order: (I)(A) Declaring the Stalking Horse Purchaser the Winning Bidder (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases and (C) Granting Related Relief; or (II) In the Alternative (A) Approving the Sale of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m), (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. § 363(e); and (2) Colorado Springs Limited, Anticipatory Objection and Reservation of Rights Concerning the Notices to Counterparties to Executory Contracts and Unexpired Leases that May be Assumed and Assigned [D.I. 390, Filed 7/19/2011];

G. Limited Objection of Associated Bank as Administrative Agent Under Term Facility, to the Proposed Order: (I) Approving the Sale of the Banning Lewis Ranch Company LLC's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. Section 363(e) [D.I. 392, Filed 7/20/2011];

H. Ultra Resources, Inc.'s Omnibus Reply in Support of Proposed Order: (I) Approving the Sale of the Banning Lewis Ranch Company, LLC's Assets Free and Clear of all Liens, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 409, Filed 7/26/2011];

I. Colorado Springs' Combined Reply to Ultra's Response and Position Statement Filed by KeyBank and in Further Support of its Objections to Debtors' Sale Motions and Proposed Orders and Objection to Distribution of Proceeds to Associated Bank [D.I. No. 413, Filed 7/26/2011].

*Status:* **This matter has been adjourned to August 3, 2011 at 10:00 a.m.**

5. Motion of the Debtors Pursuant to Sections 361, 363(c) and 363(e) of the Bankruptcy Code, Rules 4001(b) and (d) of the Bankruptcy Rules and Local Rule 4001-2 for Entry of Order Approving Continued use of Cash Collateral and Providing for Adequate Protection [Docket No. 399, Filed 7/22/2011].

   *Response Deadline*: July 28, 2011 at 11:00 a.m.

   *Related Documents*:

   A. Motion to Shorten Notice of Motion of the Debtors Pursuant to Sections 361, 363(c) and 363(e) of the Bankruptcy Code, Rules 4001(b) and (d) of the Bankruptcy Rules and Local Rule 4001-2 for Entry of Order Approving Continued use of Cash Collateral and Providing for Adequate Protection [Docket No. 400, Filed 7/22/2011];

   B. Order Granting Motion to Shorten Notice of Motion of the Debtors Pursuant to Sections 361, 363(c) and 363(e) of the Bankruptcy Code, Rules 4001(b) and (d) of the Bankruptcy Rules and Local Rule 4001-2 for Entry of Order Approving Continued use of Cash Collateral and Providing for Adequate Protection [Docket No. 402, Filed 7/25/2011].

   *Responses Filed:* None.

   *Status:* This matter is going forward.

6. Renewed Motion of Colorado Springs to Transfer Venue [Docket No. 404, Filed 7/26/11].

   *Response Deadline*: **August 1, 2011 at 4:00 p.m.**

   *Related Documents*:

   A. Motion to Shorten and Limit Notice of the Renewed Motion of Colorado Springs to Transfer Venue [Docket No. 405, Filed 7/26/2011];

   B. Declaration of Bruce McCormick in Support of Colorado Springs' Renewed Motion to Transfer Venue and in Support of Objections to Debtors' Sale Motions and Proposed Orders [Docket No. 406, Filed 7/26/2011].

*Responses Filed:*

> A. Ultra Resources, Inc.'s Objection to Colorado Springs Motions (1) to Shorten and Limit Notice of the Renewed Motion of Colorado Springs to Transfer Venue; and (2) to Allow its City Attorney, Patricia K. Kelly, to Testify by Telephone [Docket No. 416, Filed 7/27/2011].

*Status:* **This matter has been adjourned to August 3, 2011 at 10:00 a.m.**

7. Colorado Springs Motion to Allow its City Attorney, Patricia K. Kelly, to Testify by Telephone [Docket No. 407, Filed 7/26/11].

   *Response Deadline*: **August 1, 2011 at 4:00 p.m.**

   *Related Documents*:

   > A. Motion to Shorten and Limit Notice of Colorado Springs Motion to Allow its City Attorney, Patricia K. Kelly, to Testify by Telephone [Docket No. 408, Filed 7/26/2011].

   *Responses Filed:*

   > A. Ultra Resources, Inc.'s Objection to Colorado Springs Motions (1) to Shorten and Limit Notice of the Renewed Motion of Colorado Springs to Transfer Venue; and (2) to Allow its City Attorney, Patricia K. Kelly, to Testify by Telephone [Docket No. 416, Filed 7/27/2011].

   *Status:* **At a telephonic hearing on July 27, 2011 at 2:00 p.m., the Court denied the Motion to Shorten and Limit Notice of Colorado Springs Motion to Allow its City Attorney, Patricia K. Kelly, to Testify by Telephone.**

Dated: July 27, 2011  
Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
Joseph Grey (No. 2358)
David G. Holmes (No. 4718)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
kmann@crosslaw.com

*Counsel to the Debtors and Debtors-in-Possession*