# SIGN-IN-SHEET

**CASE NAME:** The Banning Lewis Ranch Company, LLC  **COURTROOM LOCATION:** 5
**CASE NO.** 10-13445-KJC  **DATE:** July 28, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mary Caloway | Buchanan Ingersoll & Rooney | KeyBank N.A., as Agent |
| Greg Wiercioch | Myers/Nichols | Ultra Resources, Inc. |
| Kevin Mann | Cross & Simon | Debtors |
| Christopher Simon | Cross & Simon | Debtors |
| Peter Cal | Sherman & Howard | City of Colorado Springs |
| William Hazeltine | Sullivan Hazeltine Allinson | " " |
| Seaman Marton | YCST | Greenfield |
| | | |
| | | |
| | | |

# Court Conference

**Calendar Date:** 07/28/2011
**Calendar Time:** 11:00 AM ET

# U.S. Bankruptcy Court-Delaware
# Confirmed Telephonic Appearance Schedule
# Honorable Kevin J. Carey
# #5

*2nd Revision 07/28/2011 06:08 AM*

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 4365283 | Dallas Albaugh | 212-907-7379 | Golenbock Eiseman Assor Bell & LLC | Creditor, Eastdil Secured LLC / LIVE |
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 4360781 | Mark Fulford | 303-299-8454 | Sherman & Howard LLC | Creditor, Colorado Springs Utilities / LISTEN ONLY |
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 4360755 | Patricia Kelly - Client | (719) 339-3789 | Sherman & Howard LLC | Creditor, City of Colorado Springs / LIVE |
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 4359719 | Christopher Martorella | (646) 520-0086 | Huron Consulting Group | Creditor, Key Bank National Association / LISTEN ONLY |
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 4359712 | Scott Randle | (801) 297-5821 | KeyBank Asset Recovery Group | Creditor, Key Bank National Association / LISTEN ONLY |

*YH NO ONE ON THE LINE AT TIME OF HEARING*
*LINE IS STILL OPEN*