IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BANNING LEWIS RANCH COMPANY, LLC, *et al.*,[1] | ) ) ) | Case No. 10-13445 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 13, 2011 AT 1:00 P.M.

**ADJOURNED MATTERS:**

1. Debtors' Motion for an Order (I) Approving the Form and Manner of Notice of the Amended Joint Disclosure Statement Hearing; (II) Determining the Adequacy of the Amended Joint Disclosure Statement; (III) Establishing a Record Date and Voting, Objection, and Other Deadlines with Respect to Confirmation of the Debtors' Amended Joint Plan of Liquidation; (IV) Scheduling a Hearing on Confirmation of the Amended Joint Plan of Liquidation; (V) Approving (A) the Form and Manner of Notice of the Hearing on Confirmation and Related Matters and (B) the Deadline for Filing Confirmation Objections; (VI) Approving the Solicitation Procedures; and (VII) Granting Certain Other Relief filed by The Banning Lewis Ranch Company, LLC [D.I. 303, Filed 5/25/2011].

    *Response Deadline*: June 22, 2011 at 4:00 p.m. (extended to June 27, 2011 at 12:00 p.m. for Eastdil Secured, L.L.C.)

    *Related Documents*:

    A. Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC Under Chapter 11 of the United States Bankruptcy Code filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. No. 300, Filed 5/25/2011];

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 101 West Avenue, Jenkintown, Pennsylvania 19046.

B. Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC Under Chapter 11 of the United States Bankruptcy Code filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 301, Filed 5/25/2011].

C. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011].

*Responses Filed:*

    A. Informal comments from the Office of the United States Trustee;

    B. Objection Of Associated Bank, as Administrative Agent Under Term Facility, to the Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC under Chapter 11 of the United States Bankruptcy Code and all Related Pleadings [D.I. 333, Filed 6/22/2011];

    C. Objection of KeyBank National Association to Amended Joint Disclosure Statement with Respect to Amended Joint Plan of Liquidation for the Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 338, Filed 6/22/2011];

    D. Colorado Springs Limited Objection To The Amended Joint Disclosure Statement Accompanying Amended Plan Of Liquidation For The Banning Lewis Ranch Company, LLC And Banning Lewis Ranch Development I & II, LLC Under Chapter 11 Of The United States Bankruptcy Code [D.I. 342, Filed 6/22/2011].

*Status:* This matter has been adjourned to October 13, 2011 at 2:30 p.m.

2.  Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121 (D) Granting An Extension Of Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof filed by The Banning Lewis Ranch Company, LLC [D.I. 310, Filed 5/31/2011].

    *Response Deadline*: June 22, 2011 at 4:00 p.m.

    *Related Documents*:

    A. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011].

    *Responses Filed:*

    A. Objection Of Associated Bank, As Administrative Agent Under Term Facility, To The Debtors' Second Motion For An Order Pursuant To 11 U.S.C. § 1121 (D) Granting An Extension Of Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof [D.I. 334, Filed 6/22/2011].

    B. Objection of KeyBank National Association, as Agent, to Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121(D) Granting an Extension of the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 339, Filed 6/22/2011].

    *Status:* This matter has been adjourned to October 13, 2011 at 2:30 p.m.

## UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION

3.  Debtors' Third Motion to Extend the Deadline to Assume, Assume and Assign, or Reject Unexpired Non-Residential Real Property Leases [D.I. 469, Filed 8/24/2011].

    *Response Deadline*: September 6, 2011 at 4:00 p.m.

    *Related Documents*:

    A. Certificate of No Objection Regarding the Debtors' Third Motion to Extend the Deadline to Assume, Assume and Assign, or Reject Unexpired Non-Residential Real Property Leases [D.I. 483, Filed 9/8/2011].

*Responses Filed:* None.

*Status:* A certificate of no objection has been filed, but no order has yet been entered. This matter will go forward at the discretion of the Court.

## **CONTESTED MATTERS GOING FORWARD:**

4. Motion of Banning Lewis Ranch Company, LLC for an Order: (I)(A) Declaring the Stalking Horse Purchaser the Winning Bidder (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief; or (II), in the Alternative (A) Approving the Sale of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances and other Interests Pursuant to Sections 363(b), (f) and (m), (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief filed by The Banning Lewis Ranch Company, LLC [D.I. 319, Filed 6/8/2011].

   *Response Deadline:* June 22, 2011 at 4:00 p.m. (extended to June 27, 2011 at 12:00 p.m. for Banning Lewis Ranch Metro District 1 & 2, Banning Lewis Ranch Management Company, LLC, and Eastdil Secured, L.L.C.) as to Sale Motion.

   July 19, 2011 at 4:00 p.m. as to Final Form of Order and Issues Raised by City of Colorado Springs (extended to July 26, 2011 at 10:00 a.m. for the DIP Lenders).

   *Related Documents:*

   A. Executed Asset Purchase Agreement filed by The Banning Lewis Ranch Company, LLC. [D.I. 309, Filed 5/27/2011];

   B. Notice to Counterparties to Executory Contracts and Unexpired Leases That May be Assumed and Assigned filed by The Banning Lewis Ranch Company, LLC. [D.I. 312, Filed 5/31/2011];

   C. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011];

D. Notice of Auction Results for Banning Lewis Ranch Company, LLC [D.I. 359, Filed 6/29/2011];

E. Notice of Filing of Transcript from Auction [D.I. 361, Filed 6/29/2011];

F. Order: (I) Determining The Winning Bidder Of The Banning Lewis Ranch Company, LLCs Assets At Auction; (II) Assuming And Assigning Certain Executory Contracts And Unexpired Leases; And (III) Granting Related Relief [D.I. 371, Filed 7/6/2011];

G. Notice of Filing of Proposed Order: (I) Approving the Sale of The Banning Lewis Ranch Company, LLC's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of The Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 378, Filed 7/6/2011];

H. Joinder of The Banning Lewis Ranch Company, LLC to Ultra Resources, Inc.'s Response to (1) Colorado Springs' Limited, Anticipatory Objection and Reservation of Rights to the Motion of The Banning Lewis Ranch Co., LLC for an Order: (I)(A) Declaring the Stalking Horse Purchaser the Winning Bidder (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases and (C) Granting Related Relief; or (II) in the Alternative (A) Approving the Sale of the Debtor's Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m), (b) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. § 363(e); and (2) Colorado Springs' Limited, Anticipatory Objection and Reservation of Rights Concerning the Notices to Counterparties to Executory Contracts and Unexpired Leases that may be Assumed and Assigned [D.I. 412, Filed 7/26/2011];

I. Statement of Associated Bank, as Administrative Agent Under Term Facility, in Support of Entry of an Order: (I) Approving the Sale of The Banning Lewis Ranch Company LLC's Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting

Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. § 363 (e) [D.I. 414, Filed 7/26/2011];

J. Supplemental Declaration of Bruce McCormack in Support of Colorado Springs' Renewed Motion to Transfer Venue and in Support of Objections to Debtors' Sale Motions and Proposed Orders [D.I. 450, Filed 8/18/2011];

K. City's Position Statement Regarding Renewed Motion of Colorado Springs to Transfer Venue and Sale Orders [D.I. 461, Filed 8/22/2011];

L. Notice of Filing of Proposed Order: (I) Approving the Sale of Banning Lewis Ranch Development I & II, LLC's Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 464, Filed 8/23/2011].

*Responses Filed:*

A. Objection Of Associated Bank, as Administrative Agent Under Term Facility, to the Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC under Chapter 11 of the United States Bankruptcy Code and all Related Pleadings [D.I. 333, Filed 6/22/2011];

B. Objection of KeyBank National Association, as Agent, to the Motion of Banning Lewis Ranch Company, LLC for an Order: (I) (A) Declaring the Stalking Horse Purchaser the Winning Bidder (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief; or (II) in the Alternative (A) Approving the Sale of the Debtors' Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m), (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases and (C) Granting Related Relief [D.I. 336, Filed 6/22/2011].

C. Colorado Springs' Limited, Anticipatory Objection And Reservation Of Rights To The Motion Of The Banning Lewis Ranch Co., LLC For An Order: (I)(A) Declaring The Stalking Horse Purchaser The Winning Bidder (B) Assuming And

Assigning Certain Executory Contracts And Unexpired Leases And (C) Granting Related Relief; Or (II) In The Alternative (A) Approving The Sale Of The Debtor's Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(b), (f) and (m), (B) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (C) Granting Related Relief And Request For Adequate Protection Pursuant To 11 U.S.C. § 363(E) [D.I. 340, Filed 6/22/2011].

D. Colorado Springs' Limited, Anticipatory Objection And Reservation Of Rights Concerning The Notices To Counterparties To Executory Contracts And Unexpired Leases That May Be Assumed And Assigned [D.I. 341, Filed 6/22/2011].

E. Colorado Springs' Limited Objection and Reservation of Rights to the Proposed Order: (I) Approving the Sale of the Banning Lewis Ranch Company LLC's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. Section 363(e) [D.I. 389, Filed 7/19/2011];

F. Ultra Resources, Inc.'s Response to (1) Colorado Springs Limited, Anticipatory Objection and Reservation of Rights to the Motion of The Banning Lewis Ranch Co., LLC for an Order: (I)(A) Declaring the Stalking Horse Purchaser the Winning Bidder (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases and (C) Granting Related Relief; or (II) In the Alternative (A) Approving the Sale of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m), (B) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. § 363(e); and (2) Colorado Springs Limited, Anticipatory Objection and Reservation of Rights Concerning the Notices to Counterparties to Executory Contracts and Unexpired Leases that May be Assumed and Assigned [D.I. 390, Filed 7/19/2011];

G. Limited Objection of Associated Bank as Administrative Agent Under Term Facility, to the Proposed Order: (I) Approving the

Sale of the Banning Lewis Ranch Company LLC's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief and Request for Adequate Protection Pursuant to 11 U.S.C. Section 363(e) [D.I. 392, Filed 7/20/2011];

H. Ultra Resources, Inc.'s Omnibus Reply in Support of Proposed Order: (I) Approving the Sale of the Banning Lewis Ranch Company, LLC's Assets Free and Clear of all Liens, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code; (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. 409, Filed 7/26/2011];

I. Colorado Springs' Combined Reply to Ultra's Response and Position Statement Filed by KeyBank and in Further Support of its Objections to Debtors' Sale Motions and Proposed Orders and Objection to Distribution of Proceeds to Associated Bank [D.I. No. 413, Filed 7/26/2011];

J. Affidavit of Steven K. Mulliken in Support of Renewed Motion of Colorado Springs to Transfer Venue and in Support of Colorado Springs' Combined Reply to Ultra Resources, Inc. and in Opposition to Debtors' Sales Motions [D.I. No. 419, Filed 7/27/2011];

K. Affidavit of Lindsay J. Case In Support of Renewed Motion of Colorado Springs to Transfer Venue and In Support of Colorado Springs' Combined Reply to Ultra Resources, Inc. and in Opposition to Debtors' Sales Motions [D.I. 423, Filed 7/28/2011];

L. Transcript of Telephonic Hearing Before Honorable Kevin J. Carey United States Bankruptcy Judge [D.I. 427, Filed 7/29/2011];

M. Motion of Ultra Resources, Inc. for Continuance of the Hearing to Consider (I) the Sale of Banning Lewis Ranch Company, LLC's Assets to Ultra Resources, Inc., and (II) Renewed Motion of Colorado Springs to Transfer Venue [D.I. 428, File 7/29/2011].

*Status:* The Debtor intends that this matter will go forward as a status conference. The Debtor is continuing in its efforts to resolve this matter by consensus of all interested parties. If a consensus is reached, the Debtor will present a form of Order at the hearing.

5. Renewed Motion of Colorado Springs to Transfer Venue [D.I. 404, Filed 7/26/2011].

*Response Deadline*: August 17, 2011 at 4:00 p.m. (extended to August 19, 2011 at 4:00 p.m. for the Debtors, the Debtors' pre-petition and post-petition lenders, and Ultra Resources, Inc.)

*Related Documents*:

A. Motion to Shorten and Limit Notice of the Renewed Motion of Colorado Springs to Transfer Venue [D.I. 405, Filed 7/26/2011];

B. Declaration of Bruce McCormick in Support of Colorado Springs' Renewed Motion to Transfer Venue and in Support of Objections to Debtors' Sale Motions and Proposed Orders [D.I. 406, Filed 7/26/2011];

C. Affidavit of Steven K. Mulliken in Support of Renewed Motion of Colorado Springs to Transfer Venue and in Support of Colorado Springs' Combined Reply to Ultra Resources, Inc. and in Opposition to Debtors' Sales Motions [D.I. No. 419, Filed 7/27/2011];

D. Notice of Hearing [D.I. No. 421, Filed 7/27/2011];

E. Affidavit of Lindsay J. Case In Support of Renewed Motion of Colorado Springs to Transfer Venue and In Support of Colorado Springs' Combined Reply to Ultra Resources, Inc. and in Opposition to Debtors' Sales Motions [D.I. 423, Filed 7/28/2011];

F. Transcript of Telephonic Hearing Before Honorable Kevin J. Carey United States Bankruptcy Judge [D.I. 427, Filed 7/29/2011];

G. Motion of Ultra Resources, Inc. for Continuance of the Hearing to Consider (I) the Sale of Banning Lewis Ranch Company,

LLC's Assets to Ultra Resources, Inc., and (II) Renewed Motion of Colorado Springs to Transfer Venue [D.I. 428, File 7/29/2011];

H. Re-Notice of Hearing [D.I. 432, Filed 8/1/2011];

I. Order Granting Motion of Ultra Resources, Inc. for Continuance of the Hearing to Consider (I) the Sale of Banning Lewis Ranch Company, LLC's Assets to Ultra Resources, Inc., and (II) Renewed Motion of Colorado Springs to Transfer Venue [D.I. 435, File 8/1/2011];

J. Supplemental Declaration of Bruce McCormack in Support of Colorado Springs' Renewed Motion to Transfer Venue and in Support of Objections to Debtors' Sale Motions and Proposed Orders [D.I. 450, Filed 8/18/2011];

K. City's Position Statement Regarding Renewed Motion of Colorado Springs to Transfer Venue and Sale Orders [D.I. 461, Filed 8/22/2011].

*Responses Filed:*

A. Ultra Resources, Inc.'s Objection to Colorado Springs Motions (1) to Shorten and Limit Notice of the Renewed Motion of Colorado Springs to Transfer Venue; and (2) to Allow its City Attorney, Patricia K. Kelly, to Testify by Telephone [D.I. 416, Filed 7/27/2011];

B. Agent's Limited Objection and Reservation of Rights in Connection with Renewed Motion to Transfer Venue [D.I. 451, Filed 8/19/2011];

C. Objection of the Debtors to the Renewed Motion of Colorado Springs to Transfer Venue [D.I. 453, Filed 8/19/2011];

D. Objection of Associated Bank, as Administrative Agent Under Term Facility, to the Renewed Motion to Transfer Venue [D.I. 454, Filed 8/19/2011];

E. Ultra Resources, Inc.'s Limited Objection to Renewed Motion of Colorado Springs to Transfer Venue [D.I. 455, Filed 8/19/2011];

F. Joinder of Greenfield BLR Partners, L.P. and Farallon BLR

Investors, L.L.C. to the Objection of the Debtors to the Renewed Motion of Colorado Springs to Transfer Venue [D.I. 456, Filed 8/19/2011].

*Status:* As to Banning Lewis Ranch Development I & II, LLC, this matter has been withdrawn. As to The Banning Lewis Ranch Company, LLC, the Debtor intends that this matter will go forward as a status conference. The Debtor is continuing in its efforts to resolve this matter by consensus of all interested parties. If a consensus is reached, the Debtor will present a form of Order at the hearing.

Dated: September 9, 2011
Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
Joseph Grey (No. 2358)
David G. Holmes (No. 4718)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
kmann@crosslaw.com

*Counsel to the Debtors and Debtors-in-Possession*