# SIGN-IN-SHEET

**CASE NAME:** The Banning Lewis Ranch Company, LLC  **COURTROOM LOCATION:** 5
**CASE NO.** 10-13445-KJC  **DATE:** September 13, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mary Coloway | Buchanan Ingersoll & Rooney | Key Bank, N.A. |
| Marc Phillips | Connolly Bove Lodge & Hutz | Farallon |
| Brian Graham | Pedersen Houpt | Associated Bank |
| Shanti Katona | Polsinelli Shughart PC | " |
| Peter Cal | Sherman & Howard | City of Colorado Spring |
| William Hazeltine | Sullivan Hazeltine Allinson | " " |
| Christopher Simon | Cross & Simon | Debtors |
| Kevin Mann | Cross & Simon | " |
| Greg Werkheiser | Morris Nichols | Ultra Resource |
| Michael Bedner | Hogues & Boone | " " |
| Cameron Martin | YCST | Greenfield Partners |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 09/13/2011
Calendar Time: 01:00 PM ET

1st Revision 09/12/2011 04:05 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 4453648 | Dallas Albaugh ✓ | 212-907-7379 | Golenbock Eiseman Assor Bell & | Creditor, Eastdil Secured LLC / LIVE |
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 4452417 | Peter Cal  *in courtroom* | 303-299-8244 | Sherman & Howard LLC | Creditor, The City of Colorado Springs / LIVE |
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 4450335 | Patricia Kelly ✓ | (719) 339-3789 | Colorado Springs Utilities | Creditor, The City of Colorado Springs / LIVE |
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 4452162 | Carl Rieger (Client) ✓ | (949) 930-7474 | Cross & Simon | Debtor, Eastdil Secured Co. / LIVE |
| | | The Banning Lewis Ranch Company, LLC | 10-13445 | Hearing | 4452107 | Andrew Ruffo ✓ | (646) 520-0154 | Huron Consulting Group | Creditor, Key Bank National Association / LIVE |