IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE BANNING LEWIS RANCH | ) | Case No. 10-13445 (KJC) |
| COMPANY, LLC, *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 13, 2011 AT 2:30 P.M. (HEARING CANCELLED)**

**THIS HEARING HAS BEEN CANCELLED
AT THE DIRECTION OF THE COURT**

ADJOURNED MATTERS:

1.      Debtors' Motion for an Order (I) Approving the Form and Manner of Notice of the Amended Joint Disclosure Statement Hearing; (II) Determining the Adequacy of the Amended Joint Disclosure Statement; (III) Establishing a Record Date and Voting, Objection, and Other Deadlines with Respect to Confirmation of the Debtors' Amended Joint Plan of Liquidation; (IV) Scheduling a Hearing on Confirmation of the Amended Joint Plan of Liquidation; (V) Approving (A) the Form and Manner of Notice of the Hearing on Confirmation and Related Matters and (B) the Deadline for Filing Confirmation Objections; (VI) Approving the Solicitation Procedures; and (VII) Granting Certain Other Relief filed by The Banning Lewis Ranch Company, LLC [D.I. 303, Filed 5/25/2011].

> *Response Deadline*:    June 22, 2011 at 4:00 p.m. (extended to June 27, 2011 at 12:00 p.m. for Eastdil Secured, L.L.C.)

> *Related Documents*:

> A. Amended Plan of Liquidation for The Banning Lewis Ranch

---

[1] The Debtors in these proceedings, along with the last four digits of each Debtor's federal tax identification number, are The Banning Lewis Ranch Company, LLC (4090) and Banning Lewis Ranch Development I & II, LLC (3461). The Debtors' corporate headquarters and the service address for each Debtor is 101 West Avenue, Jenkintown, Pennsylvania 19046.

[2] **Amended items appear in bold.**

Company, LLC and Banning Lewis Ranch Development I & II, LLC Under Chapter 11 of the United States Bankruptcy Code filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. No. 300, Filed 5/25/2011];

B. Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC Under Chapter 11 of the United States Bankruptcy Code filed by The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 301, Filed 5/25/2011].

C. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011].

*Responses Filed:*

A. Informal comments from the Office of the United States Trustee;

B. Objection Of Associated Bank, as Administrative Agent Under Term Facility, to the Amended Joint Disclosure Statement Accompanying Amended Plan of Liquidation for The Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC under Chapter 11 of the United States Bankruptcy Code and all Related Pleadings [D.I. 333, Filed 6/22/2011];

C. Objection of KeyBank National Association to Amended Joint Disclosure Statement with Respect to Amended Joint Plan of Liquidation for the Banning Lewis Ranch Company, LLC and Banning Lewis Ranch Development I & II, LLC [D.I. 338, Filed 6/22/2011];

D. Colorado Springs Limited Objection To The Amended Joint Disclosure Statement Accompanying Amended Plan Of Liquidation For The Banning Lewis Ranch Company, LLC And Banning Lewis Ranch Development I & II, LLC Under Chapter 11 Of The United States Bankruptcy Code [D.I. 342, Filed 6/22/2011].

*Status:*    This matter has been adjourned to a date to be determined.

2. Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121 (D) Granting An Extension Of Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof filed by The Banning Lewis Ranch Company, LLC [D.I. 310, Filed 5/31/2011].

> *Response Deadline*: June 22, 2011 at 4:00 p.m.

> *Related Documents*:

>> A. Omnibus Reply of the Debtors in Support of the Debtors' Motions to Sell their Assets, the Debtors' Motion to Approve the Disclosure Statement and the Debtors' Motion for Extension of the Exclusive Period [D.I. 351, Filed 6/24/2011].

> *Responses Filed:*

>> A. Objection Of Associated Bank, As Administrative Agent Under Term Facility, To The Debtors' Second Motion For An Order Pursuant To 11 U.S.C. § 1121 (D) Granting An Extension Of Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof [D.I. 334, Filed 6/22/2011].

>> B. Objection of KeyBank National Association, as Agent, to Debtors' Second Motion for an Order Pursuant to 11 U.S.C. § 1121(D) Granting an Extension of the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 339, Filed 6/22/2011].

> *Status:* This matter has been adjourned to a date to be determined.


UNCONTESTED MATTERS WITH
CERTIFICATES OF NO OBJECTION:

3. Third Quarterly Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors-in-Possession for the Period of May 1, 2011 through July 31, 2011 [Docket No. 480, Filed 9/2/2011].

> *Response Deadline*: September 19, 2011 at 4:00 p.m.

*Related Documents*:

    A. Certificate of No Objection Regarding Third Quarterly Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors-in-Possession for the Period of May 1, 2011 through July 31, 2011 [Docket No. 501, Filed 9/21/2011];

    B. Certification of Counsel Regarding Third Quarterly Application of Cross & Simon, LLC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors-in-Possession for the Period of May 1, 2011 through July 31, 2011 [Docket No. 521, Filed 10/11/2011].

*Responses Filed:*    None.

*Status:*    **An Order has been entered and this hearing has been cancelled.**

Dated: October 11, 2011
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
    Christopher P. Simon (No. 3697)
    Kevin S. Mann (No. 4576)
    Joseph Grey (No. 2358)
    David G. Holmes (No. 4718)
    913 N. Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware 19899-1380
    Telephone: (302) 777-4200
    Facsimile: (302) 777-4224
    kmann@crosslaw.com

*Counsel to the Debtors and Debtors-in-Possession*